**NODIS**

# U.S. Bankruptcy Court
## District of Maryland (Greenbelt)
## Adversary Proceeding #: 24-00007

*Assigned to:* Judge Maria Ellena Chavez-Ruark      *Date Filed:* 01/10/24
*Lead BK Case:* 15-26033                      *Case Administrator :*   Laurie Arter
*Lead BK Title:* Gregory B Myers              *Team Phone:*    301-344-3965
*Lead BK Chapter:* 7
*Demand:*

 *Nature[s] of Suit:*   91 Declaratory judgment

### Debtor
----------------------

**Gregory B. Myers**                                represented by **Gregory B. Myers**
700 Gulf Shore Blvd N.                              PRO SE
Naples, FL 34102

### Plaintiff
----------------------

**Brian King**                                    represented by **Maurice Belmont VerStandig**
c/o The VerStandig Law Firm, LLC                 The VerStandig Law Firm, LLC
9812 Falls Road, #114-160                         9812 Falls Road
Potomac, MD 20854                             #114-160
                                                Potomac, MD 20854
                                                  301-444-4600
                                                  Email: mac@mbvesq.com

### Plaintiff
----------------------

**Cristina King**                                 represented by **Maurice Belmont VerStandig**
c/o The VerStandig Law Firm, LLC                 (See above for address)
9812 Falls Road, #114-160
Potomac, MD 20854

### Plaintiff
----------------------

**Cristina and Brian King Children's Trust**        represented by **Maurice Belmont VerStandig**
c/o The VerStandig Law Firm, LLC`                (See above for address)
9812 Falls Road, #114-160
Potomac, MD 20854

V.

*Defendant*
-----------------------
**Roger Schlossberg**                                        represented by **Frank J. Mastro**
Law firm of Schlossberg Mastro & Scanlan                     Schlossberg / Mastro
18421 Henson Boulevard                                       P.O. Box 2067
Suite 201                                                    Hagerstown, MD 21742-2067
PO Box 2067                                                  301-739-8610
Hagerstown, MD 21742                                         Email: fmastro@schlosslaw.com

| | | **Case Related Information** | |
|---|---|---|---|
| Associated Cases | No Claims | Related Transactions | Select a Sub-Docket ⌄  View  ☐ show related transactions |
| Pending Matters | Pending Deadlines | No Pending Hearings | Key Dates |
| EOrders: Activity  No Signed Upload   Log | Party | Case Opening Fees   All Fees | |

| Filing Date | # | Select all / clear | Docket Text |
|---|---|---|---|
| 06/16/2026 | 🌐141 | ☐ | Transmittal of Record on Appeal to District Court. District Court Number: 8:26-cv-02175-TDC (related document(s)133 Notice of Appeal filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 06/16/2026) |
| 06/04/2026 | 🌐138 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)135 Notice). No. of Notices: 4. Notice Date 06/04/2026. (Admin.) (Entered: 06/05/2026) |
| 06/04/2026 | 🌐137 | ☐ | BNC Certificate of Mailing. (related document(s)134 Deficiency Notice). No. of Notices: 1. Notice Date 06/04/2026. (Admin.) (Entered: 06/05/2026) |
| 06/03/2026 | 🌐140 | ☐ | Final Order By District Court Judge Theodore D. Chuang, Re: Appeals on Civil Action Numbers: 25-2103-TDC, 25-2337-TDC, 25-2635-TDC, Affirmed (related document(s)37 Notice of Appeal filed by Debtor Gregory B. Myers, 79 Notice of Appeal filed by Debtor Gregory B. Myers, 92 Notice of Appeal filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 06/16/2026) |

| Date | Doc # | | Description |
|------|-------|---|-------------|
| 06/03/2026 | ● 139 | ☐ | US District Court Memorandum of Decision (Opinion) (related document(s)37 Notice of Appeal filed by Debtor Gregory B. Myers, 79 Notice of Appeal filed by Debtor Gregory B. Myers, 92 Notice of Appeal filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 06/16/2026) |
| 06/02/2026 | ● | | Notice of Docketing Record on Appeal to District Court. Civil Case Number: 8:26-cv-02175-TDC (related document(s)133 Notice of Appeal Filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 06/03/2026) |
| 06/02/2026 | ● 136 | ☐ | Initial Transmittal to District Court (related document(s)133 Notice of Appeal filed by Debtor Gregory B. Myers). (Attachments: # 1 Order Denying Motion to Extend Time # 2 Docket Report) (Arter, Laurie) (Entered: 06/02/2026) |
| 06/02/2026 | ● 135 | ☐ | Notice of Filing of Appeal to the U.S. District Court (related document(s)133 Notice of Appeal filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 06/02/2026) |
| 06/02/2026 | ● 134 | ☐ | Deficiency Notice - Filing fee not paid (related document(s)133 Notice of Appeal filed by Debtor Gregory B. Myers). Cured Pleading due by 6/16/2026. (Arter, Laurie) (Entered: 06/02/2026) |
| 06/01/2026 | ● 133 | ☑ | Notice of Appeal to District Court Filed by Gregory B. Myers. Receipt Number Fee Due, Fee Amount $298 (related document(s)131 Order on Motion to Extend Time). Appellant Designation due by 6/15/2026. (Attachments: # 1 Exhibit A)(Arter, Laurie) (Entered: 06/02/2026) |
| 05/28/2026 | ● 132 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)131 Order on Motion to Extend Time). No. of Notices: 4. Notice Date 05/28/2026. (Admin.) (Entered: 05/29/2026) |
| 05/26/2026 | ● 131 | ☑ | Order Denying Motion to Extend Time. The Debtor filed this motion 35 days after entry of the subject orders, and the BNC Certificates of Mailing confirm that they were served on the Debtor at his address of record. Therefore, the Court finds the motion untimely. Moreover, under the "functional test," the Court had jurisdiction to consider the six motions. See Green v. 1900 Cap. Tr. II by U.S. Bank Tr. Natl Assn, 619 B.R. 121, 134 (D. Md. 2020) (citing Bank of N.Y. Tr. Co. v. Pac. Lumber Co. (In re Scopac), 624 F.3d 274, 280 (5th Cir. 2010)), affd sub. nom. Green v. Shellpoint Mortg. Servicing, 834 F. Appx 18 (4th Cir. 2021). (related document(s): 128 Debtor's Omnibus Protective Motion for Extension of Time to Appeal April 15, 2026 Orders, to Vacate Orders as Void, or Alternatively for Indicative Ruling Under Rule 8008 Filed by Gregory B. Myers). (Arter, Laurie) (Entered: 05/26/2026) |
| 05/23/2026 | ● 130 | ☐ | BNC Certificate of Mailing. (related document(s)129 Deficiency Notice). No. of Notices: 1. Notice Date 05/23/2026. (Admin.) (Entered: 05/24/2026) |

| | | | |
|---|---|---|---|
| 05/21/2026 | 🌐 129 | ☐ | Deficiency Notice (related document(s)128 Motion to Extend Time filed by Debtor Gregory B. Myers). Cured Pleading (Proposed Order) due by 6/4/2026. (Arter, Laurie) (Entered: 05/21/2026) |
| 05/20/2026 | 🌐 128 | ☐ | Debtor's Omnibus Protective Motion for Extension of Time to Appeal April 15, 2026 Orders, to Vacate Orders as Void, or Alternatively for Indicative Ruling Under Rule 8008 Filed by Gregory B. Myers. (related document(s) 116 Order Denying Motion to Intervene, 117 Order Denying Motion to Dismiss for Failure to Join Indispensable Party, 118 Order Denying Motion to Disqualify Judge, 119 Order Denying Debtor's Motion to Disqualify Counsel, 120 Order Denying Second Motion to Disqualify Judge, 121 Order Denying Motion for Summary Judgment) (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F) (Arter, Laurie) (Entered: 05/21/2026) |
| 04/17/2026 | 🌐 127 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)121 Order on Motion For Summary Judgment). No. of Notices: 4. Notice Date 04/17/2026. (Admin.) (Entered: 04/18/2026) |
| 04/17/2026 | 🌐 126 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)120 Order on Motion for Miscellaneous Relief). No. of Notices: 4. Notice Date 04/17/2026. (Admin.) (Entered: 04/18/2026) |
| 04/17/2026 | 🌐 125 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)119 Order on Motion for Miscellaneous Relief). No. of Notices: 2. Notice Date 04/17/2026. (Admin.) (Entered: 04/18/2026) |
| 04/17/2026 | 🌐 124 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)118 Order on Motion for Miscellaneous Relief). No. of Notices: 4. Notice Date 04/17/2026. (Admin.) (Entered: 04/18/2026) |
| 04/17/2026 | 🌐 123 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)117 Order on Motion to Dismiss Adversary Proceeding). No. of Notices: 4. Notice Date 04/17/2026. (Admin.) (Entered: 04/18/2026) |
| 04/17/2026 | 🌐 122 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)116 Order on Motion To Intervene). No. of Notices: 4. Notice Date 04/17/2026. (Admin.) (Entered: 04/18/2026) |
| 04/15/2026 | 🌐 121 | ☐ | Order Denying Motion for Summary Judgment. The Court denied the Debtor's motion to intervene. Therefore, the Debtor's motion for summary judgment is denied. (related document(s): 78 Motion For Final Summary Judgment as to Count 1 of Third Party Complaint and Demand for Trial by Jury filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 04/15/2026) |
| 04/15/2026 | 🌐 120 | ☐ | Order Denying Second Motion to Disqualify Judge. For the reasons stated in the Trustee's opposition at Dkt. No. 74, the motion is denied. (related document(s): 57 Second Motion to Disqualify Judge Maria Elena Chavez-Ruark Filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 04/15/2026) |

| | | | |
|---|---|---|---|
| 04/15/2026 | ● 119 | ☐ | Order Denying Debtor's Motion to Disqualify Counsel. For the reasons stated in the King Parties' opposition at Dkt. No. 67, the motion is denied. (related document(s): 49 Debtor's Motion to Disqualify Counsel Filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 04/15/2026) |
| 04/15/2026 | ● 118 | ☐ | Order Denying Motion to Disqualify Judge. For the reasons stated in the Trustee's opposition at Dkt. NO. 72, the motion is denied. (related document(s): 47 Motion to Disqualify Judge Maria Elena Chavez-Ruark Filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 04/15/2026) |
| 04/15/2026 | ● 117 | ☐ | Order Denying Motion to Dismiss for Failure to Join Indispensable Party. For the reasons stated in the Trustee's opposition at Dkt. No. 69, the motion is denied. (related document(s): 45 Motion to Dismiss Adversary Proceeding filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 04/15/2026) |
| 04/15/2026 | ● 116 | ☐ | Order Denying Motion to Intervene. For the reasons stated in the Trustee's opposition at Dkt. No. 68, the motion is denied. (related document(s): 43 Motion to Intervene filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 04/15/2026) |
| 01/20/2026 | ● 115 | ☐ | Supplemental Transmittal to District Court (related document(s)37 Notice of Appeal filed by Debtor Gregory B. Myers, 79 Notice of Appeal filed by Debtor Gregory B. Myers, 92 Notice of Appeal filed by Debtor Gregory B. Myers). USDC Case Numbers: 8:25-cv-2103-TDC (Lead Case), 8:25-cv-2337-TDC, 8:25-cv-2635-TDC. (Arter, Laurie) (Entered: 01/20/2026) |
| 01/13/2026 | ● 114 | ☐ | Appellant's Rule 8009 Amended and Supplemental Designation of Record On Appeal Filed by Gregory B. Myers (related document(s)37 Notice of Appeal filed by Debtor Gregory B. Myers, 79 Notice of Appeal filed by Debtor Gregory B. Myers, 92 Notice of Appeal filed by Debtor Gregory B. Myers). USDC Case Numbers: 8:25-cv-2103-TDC (Lead Case), 8:25-cv-2337-TDC, 8:25-cv-2635-TDC. (Arter, Laurie) Modified to include USDC case numbers and a descriptive title on 1/20/2026 (Arter, Laurie). (Entered: 01/20/2026) |
| 01/12/2026 | ● 113 | ☐ | Supplemental Transmittal to District Court (related document(s)79 Notice of Appeal filed by Debtor Gregory B. Myers, 112 Appellant's Supplemental Designation filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 01/12/2026) |
| 01/09/2026 | ● 112 | ☐ | Appellant's Supplemental Designation of Contents For Inclusion in Record On Appeal Filed by Gregory B. Myers (related document(s)79 Notice of Appeal filed by Debtor Gregory B. Myers). (Arter, Laurie) Modified to include Supplemental on 1/12/2026 (Arter, Laurie). (Entered: 01/12/2026) |
| 01/09/2026 | ● 111 | ☐ | Notice *of Filing of Hearing Transcripts* Filed by Gregory B. Myers (related document(s)79 Notice of Appeal filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 01/12/2026) |

| | | | |
|---|---|---|---|
| 01/09/2026 | 🌐 110 | ☐ | BNC Certificate of Mailing. (related document(s)108 Transcript). No. of Notices: 4. Notice Date 01/09/2026. (Admin.) (Entered: 01/10/2026) |
| 01/09/2026 | 🌐 109 | ☐ | BNC Certificate of Mailing. (related document(s)107 Transcript). No. of Notices: 1. Notice Date 01/09/2026. (Admin.) (Entered: 01/10/2026) |
| 01/07/2026 | 🌐 108 | ☐ | Transcript of Hearing held on 7/1/2025 before Judge Maria Ellena Chavez-Ruark. Transcript was received on 1/6/2026. TRANSCRIPT IS RESTRICTED FOR 90 DAYS BY JUDICIAL CONFERENCE POLICY. (related document(s)17 Application to Compromise Controversy filed by Defendant Roger Schlossberg, 19 Objection filed by Debtor Gregory B. Myers, 20 Motion for Miscellaneous Relief filed by Defendant Roger Schlossberg, 22 Support Document filed by Debtor Gregory B. Myers, 23 Response filed by Debtor Gregory B. Myers, 24 Response filed by Defendant Roger Schlossberg). Notice of Intent to Request Redaction Deadline Due By 1/14/2026. Redaction Request Due By 1/28/2026. Redacted Transcript Submission Due By 2/9/2026. Transcript access will be restricted through 4/7/2026. (Walston, Daniel) (Entered: 01/07/2026) |
| 01/07/2026 | 🌐 107 | ☐ | Transcript of Hearing held on 6/30/2025 before Judge Maria Ellena Chavez-Ruark. Transcript was received on 1/6/2026. TRANSCRIPT IS RESTRICTED FOR 90 DAYS BY JUDICIAL CONFERENCE POLICY. (related document(s)17 Application to Compromise Controversy filed by Defendant Roger Schlossberg, 19 Objection filed by Debtor Gregory B. Myers, 20 Motion for Miscellaneous Relief filed by Defendant Roger Schlossberg, 22 Support Document filed by Debtor Gregory B. Myers, 23 Response filed by Debtor Gregory B. Myers, 24 Response filed by Defendant Roger Schlossberg). Notice of Intent to Request Redaction Deadline Due By 1/14/2026. Redaction Request Due By 1/28/2026. Redacted Transcript Submission Due By 2/9/2026. Transcript access will be restricted through 4/7/2026. (Walston, Daniel) (Entered: 01/07/2026) |
| 10/23/2025 | 🌐 106 | ☐ | Copies of Orders Consolidating Appeals 25-2103-TDC, 25-2337-TDC and 25-2635-TDC Entered in the USDC (related document(s)37 Notice of Appeal filed by Debtor Gregory B. Myers, 79 Notice of Appeal filed by Debtor Gregory B. Myers, 92 Notice of Appeal filed by Debtor Gregory B. Myers). USDC Case Number 25-2103-TDC is designated as the lead case. (Arter, Laurie) (Entered: 10/23/2025) |
| 09/02/2025 | 🌐 105 | ☐ | Supplemental Transmittal to District Court (related document(s)92 Notice of Appeal filed by Debtor Gregory B. Myers, 104 Appellant Designation filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 09/02/2025) |
| 08/29/2025 | 🌐 | | Deficiency Satisfied (related document(s)92 Notice of Appeal filed by Debtor Gregory B. Myers, 93 Deficiency Notice). Filing fee paid. (Arter, Laurie) (Entered: 09/04/2025) |
| 08/29/2025 | 🌐 104 | ☐ | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Gregory B. Myers (related document(s)92 Notice of Appeal filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 09/02/2025) |

| | | | |
|---|---|---|---|
| 08/29/2025 | ⬤ | | Receipt Number 22004136, Fee Amount $298.00 (related document(s)92 Notice of Appeal filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 09/02/2025) |
| 08/15/2025 | ⬤ 103 | ☐ | Transmittal of Record on Appeal to District Court. District Court Number: 8:25-cv-02635-TDC (related document(s)92 Notice of Appeal filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 08/15/2025) |
| 08/15/2025 | ⬤ 102 | ☐ | Supplemental Transmittal to District Court (related document(s)37 Notice of Appeal filed by Debtor Gregory B. Myers, 99 Appellant Designation filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 08/15/2025) |
| 08/15/2025 | ⬤ 101 | ☐ | Transmittal of Record on Appeal to District Court. District Court Number: 8:25-cv-02337-TDC (related document(s) 79 Notice of Appeal filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 08/15/2025) |
| 08/11/2025 | ⬤ | | Notice of Docketing Record on Appeal to District Court. Civil Case Number: 8:25-cv-02635-TDC (related document(s)92 Notice of Appeal filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 08/11/2025) |
| 08/05/2025 | ⬤ 100 | ☐ | Notice of Stipulated Dismissal in an Adversary Proceeding *(with prejudice)* Filed by Cristina and Brian King Children's Trust, Brian King, Cristina King. (VerStandig, Maurice) (Entered: 08/05/2025) |
| 08/05/2025 | ⬤ 99 | ☐ | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Gregory B. Myers (related document(s)37 Notice of Appeal filed by Debtor Gregory B. Myers.). (Byer, Rachel). Modified on 8/15/2025. Appeal transmitted on 7/10/25; Supplement transmittal sent on 8/15/25. (Arter, Laurie). (Entered: 08/05/2025) |
| 08/04/2025 | ⬤ 98 | ☐ | Supplemental Opposition on behalf of Cristina and Brian King Children's Trust, Brian King, Cristina King Filed by Maurice Belmont VerStandig (related document(s)78 Motion for Summary Judgment filed by Debtor Gregory B. Myers, 90 Opposition filed by Plaintiff Brian King, Plaintiff Cristina King, Plaintiff Cristina and Brian King Children's Trust). (VerStandig, Maurice) (Entered: 08/04/2025) |
| 08/03/2025 | ⬤ 97 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)94 Notice). No. of Notices: 4. Notice Date 08/03/2025. (Admin.) (Entered: 08/04/2025) |
| 08/03/2025 | ⬤ 96 | ☐ | BNC Certificate of Mailing. (related document(s)93 Deficiency Notice). No. of Notices: 1. Notice Date 08/03/2025. (Admin.) (Entered: 08/04/2025) |
| 08/01/2025 | ⬤ 95 | ☐ | Initial Transmittal to District Court (related document(s)92 Notice of Appeal filed by Debtor Gregory B. Myers). (Attachments: # 1 83 Order Denying Emergency Motion for Stay Pending Appeal # 2 84 Order Denying Motion to Shorten Time to Response to Emergency Motion for Stay Pending Appeal # 3 Docket Report) (Arter, Laurie) (Entered: |

| | | | |
|---|---|---|---|
| | | | 08/01/2025) |
| 08/01/2025 | 🌐 94 | ☐ | Notice of Filing of Appeal to the United States District Court (related document(s)92 Notice of Appeal filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 08/01/2025) |
| 08/01/2025 | 🌐 93 | ☐ | Deficiency Notice (related document(s)92 Notice of Appeal filed by Debtor Gregory B. Myers). Cured Pleading (Filing Fee) due by 8/15/2025. (Arter, Laurie) (Entered: 08/01/2025) |
| 07/31/2025 | 🌐 92 | ☐ | Notice of Appeal to District Court Filed by Gregory B. Myers. Receipt Number Fee Due, Fee Amount $298 (related document(s)83 Order on Motion To Stay Pending Appeal, 84 Order on Motion to Shorten Time). Appellant Designation due by 8/14/2025. (Attachments: # 1 Exhibit A # 2 Exhibit B)(Arter, Laurie) (Entered: 08/01/2025) |
| 07/31/2025 | 🌐 91 | ☐ | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Gregory B. Myers (related document(s)79 Notice of Appeal filed by Debtor Gregory B. Myers). Appellee designation due by 8/14/2025. Transmission of Designation Due by 8/15/2025. (Arter, Laurie) (Entered: 08/01/2025) |
| 07/31/2025 | 🌐 90 | ☐ | Opposition on behalf of Cristina and Brian King Children's Trust, Brian King, Cristina King Filed by Maurice Belmont VerStandig (related document(s)78 Motion for Summary Judgment filed by Debtor Gregory B. Myers). (VerStandig, Maurice) (Entered: 07/31/2025) |
| 07/31/2025 | 🌐 89 | ☐ | Opposition on behalf of Roger Schlossberg Filed by Frank J. Mastro (related document(s)78 Motion for Summary Judgment filed by Debtor Gregory B. Myers). (Attachments: # 1 Proposed Order) (Mastro, Frank) (Entered: 07/31/2025) |
| 07/21/2025 | 🌐 | | Deficiency Satisfied (related document(s)37 Notice of Appeal filed by Debtor Gregory B. Myers, 38 Deficiency Notice, 79 Notice of Appeal filed by Debtor Gregory B. Myers, 80 Deficiency Notice). Filing fees paid. (Arter, Laurie) (Entered: 07/21/2025) |
| 07/21/2025 | 🌐 | | Deficiency Satisfied (related document(s)47 Motion for Miscellaneous Relief filed by Debtor Gregory B. Myers, 48 Deficiency Notice). (Arter, Laurie) (Entered: 07/21/2025) |
| 07/21/2025 | 🌐 | | Deficiency Satisfied (related document(s)57 Motion for Miscellaneous Relief filed by Debtor Gregory B. Myers, 58 Deficiency Notice). (Arter, Laurie) (Entered: 07/21/2025) |
| 07/21/2025 | 🌐 | | Deficiency Satisfied (related document(s)43 Motion to Intervene filed by Debtor Gregory B. Myers, 44 Deficiency Notice). (Arter, Laurie) (Entered: 07/21/2025) |
| 07/21/2025 | 🌐 | | Deficiency Satisfied (related document(s)45 Motion to Dismiss Adversary Proceeding filed by Debtor Gregory B. Myers, 46 Deficiency Notice). (Arter, Laurie) (Entered: 07/21/2025) |

| | | | |
|---|---|---|---|
| 07/20/2025 | ● 88 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)84 Order on Motion to Shorten Time). No. of Notices: 1. Notice Date 07/20/2025. (Admin.) (Entered: 07/21/2025) |
| 07/20/2025 | ● 87 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)83 Order on Motion To Stay Pending Appeal). No. of Notices: 1. Notice Date 07/20/2025. (Admin.) (Entered: 07/21/2025) |
| 07/20/2025 | ● 86 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)81 Notice). No. of Notices: 4. Notice Date 07/20/2025. (Admin.) (Entered: 07/21/2025) |
| 07/20/2025 | ● 85 | ☐ | BNC Certificate of Mailing. (related document(s)80 Deficiency Notice). No. of Notices: 1. Notice Date 07/20/2025. (Admin.) (Entered: 07/21/2025) |
| 07/18/2025 | ● | | Receipt of filing fee for Appeal. Receipt Number 22003820. Fee Amount $298.00 received by TA. (admin) (Entered: 07/18/2025) |
| 07/18/2025 | ● | | Receipt of filing fee for Appeal. Receipt Number 22003820. Fee Amount $298.00 received by TA. (admin) (Entered: 07/18/2025) |
| 07/18/2025 | ● 84 | ☐ | Order Denying Motion to Shorten Time. The Court has ruled on the motion for stay pending appeal. Therefore, the motion to shorten time is denied as moot. (related document(s): 76 Motion to Shorten Time filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 07/18/2025) |
| 07/18/2025 | ● 83 | ☐ | Order Denying Motion To Stay Pending Appeal. The Debtor has not met his burden in demonstrating the four factors warranting the extraordinary relief of a stay pending appeal. See Culver v. Boozer, 285 B.R. 163 (D. Md. 2002) (setting forthfour factors); In re Schweiger, 578 B.R. 734 (Bankr. D. Md. 2017) (denying stay pending appeal of lift stay order); and In re Symington, 211 B.R. 520, 522 (Bankr. D. Md. 1997) (a stay pending appeal is extraordinary relief). The Debtor's arguments in support of the motion were rejected by the Court at trial or are premised on arguments rejected by the Court at trial (related document(s): 75 Emergency Motion To Stay Pending Appeal filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 07/18/2025) |
| 07/18/2025 | ● | | Notice of Docketing Record on Appeal to District Court. Civil Case Number: 8:25-cv-02337-PX (related document(s)79 Notice of Appeal filed by Debtor Gregory B. Myers). (Arter, Laurie) Clerk's Note: Case 8:25-cv-02337-PX Reassigned to Judge Theodore D. Chuang. Judge Paula Xinis no longer assigned to the case. Modified on 8/15/2025 (Arter, Laurie). (Entered: 07/18/2025) |
| 07/18/2025 | ● 82 | ☐ | Initial Transmittal to District Court (related document(s)79 Notice of Appeal filed by Debtor Gregory B. Myers). (Attachments: # 1 Order Approving Trustee's Compromise and Settlement with King Parties # 2 Docket Report) (Arter, Laurie) (Entered: 07/18/2025) |

| 07/18/2025 | 🌐81 | ☐ | Notice of Filing of Appeal to the U.S. District Court (related document(s)79 Notice of Appeal filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 07/18/2025) |
|---|---|---|---|
| 07/18/2025 | 🌐80 | ☐ | Deficiency Notice (related document(s)79 Notice of Appeal filed by Debtor Gregory B. Myers). Cured Pleading (Filing Fee) due by 8/1/2025. (Arter, Laurie) (Entered: 07/18/2025) |
| 07/17/2025 | 🌐79 | ☐ | Notice of Appeal to District Court Filed by Gregory B. Myers. Receipt Number Fee Due, Fee Amount $298 (related document(s)61 Order on Application to Compromise Controversy). Appellant Designation due by 7/31/2025. (Attachments: # 1 Exhibit A)(Arter, Laurie) (Entered: 07/18/2025) |
| 07/17/2025 | 🌐78 | ☐ | Motion For Final Summary Judgment as to Count 1 of Third Party Complaint and Demand for Trial by Jury Filed by Gregory B. Myers . (Attachments: # 1 Proposed Order) (Arter, Laurie) (Entered: 07/18/2025) |
| 07/16/2025 | 🌐76 | ☐ | Motion to Shorten Time Filed by Gregory B. Myers (related document(s)75 Emergency Motion To Stay Pending Appeal filed by Debtor Gregory B. Myers) . (Attachments: # 1 Proposed Order) (Arter, Laurie)Modified on 7/16/2025. Docket text corrected. (Arter, Laurie). (Entered: 07/16/2025) |
| 07/16/2025 | 🌐75 | ☐ | Emergency Motion to Stay Pending Appeal Filed by Gregory B. Myers (related document(s)61 Order on Application to Compromise Controversy) . (Attachments: # 1 Proposed Order) (Arter, Laurie) (Entered: 07/16/2025) |
| 07/15/2025 | 🌐77 | ☐ | Transcript of Hearing held on 7/3/2025 before Judge Maria Ellena Chavez-Ruark. Transcript was received on 7/15/2025. TRANSCRIPT IS RESTRICTED FOR 90 DAYS BY JUDICIAL CONFERENCE POLICY. (related document(s)17 Application to Compromise Controversy filed by Defendant Roger Schlossberg, 19 Objection filed by Debtor Gregory B. Myers, 20 Motion for Miscellaneous Relief filed by Defendant Roger Schlossberg, 22 Support Document filed by Debtor Gregory B. Myers, 23 Response filed by Debtor Gregory B. Myers, 24 Response filed by Defendant Roger Schlossberg). Notice of Intent to Request Redaction Deadline Due By 7/22/2025. Redaction Request Due By 8/5/2025. Redacted Transcript Submission Due By 8/15/2025. Transcript access will be restricted through 10/14/2025. (Attachments: # 1 Myers Errata Sheet) (Walston, Daniel) (Entered: 07/17/2025) |
| 07/15/2025 | 🌐74 | ☐ | Opposition on behalf of Roger Schlossberg Filed by Frank J. Mastro (related document(s)57 Motion for Miscellaneous Relief filed by Debtor Gregory B. Myers). (Attachments: # 1 Proposed Order) (Mastro, Frank) (Entered: 07/15/2025) |
| 07/15/2025 | 🌐73 | ☐ | Joinder to King Parties' Opposition on behalf of Roger Schlossberg Filed by Frank J. Mastro (related document(s)49 Motion for Miscellaneous Relief filed by Debtor Gregory B. Myers, 67 Opposition filed by Plaintiff Brian King, Plaintiff Cristina King, Plaintiff Cristina and Brian King Children's Trust.). (Attachments: # 1 Proposed Order) (Mastro, Frank). Modified on 7/15/2025. Additional related document added. |

| | | | |
|---|---|---|---|
| | | | (Arter, Laurie). (Entered: 07/15/2025) |
| 07/14/2025 | 🌐 72 | ☐ | Opposition on behalf of Roger Schlossberg Filed by Frank J. Mastro (related document(s)47 Motion for Miscellaneous Relief filed by Debtor Gregory B. Myers). (Attachments: # 1 Proposed Order) (Mastro, Frank) (Entered: 07/14/2025) |
| 07/14/2025 | 🌐 71 | ☐ | Joinder to Trustee's Opposition on behalf of Cristina and Brian King Children's Trust, Brian King, Cristina King Filed by Maurice Belmont VerStandig (related document(s)45 Motion to Dismiss Adversary Proceeding filed by Debtor Gregory B. Myers, 69 Opposition filed by Defendant Roger Schlossberg). (VerStandig, Maurice). Modified on 7/15/2025. Additional related document added. (Arter, Laurie). (Entered: 07/14/2025) |
| 07/14/2025 | 🌐 70 | ☐ | Joinder to Trustee's Opposition on behalf of Cristina and Brian King Children's Trust, Brian King, Cristina King Filed by Maurice Belmont VerStandig (related document(s)43 Motion to Intervene filed by Debtor Gregory B. Myers, 68 Opposition filed by Defendant Roger Schlossberg). (VerStandig, Maurice). Modified on 7/15/2025. Additional related document added. (Arter, Laurie). (Entered: 07/14/2025) |
| 07/14/2025 | 🌐 69 | ☐ | Opposition on behalf of Roger Schlossberg Filed by Frank J. Mastro (related document(s)45 Motion to Dismiss Adversary Proceeding filed by Debtor Gregory B. Myers). (Attachments: # 1 Proposed Order) (Mastro, Frank) (Entered: 07/14/2025) |
| 07/14/2025 | 🌐 68 | ☐ | Opposition on behalf of Roger Schlossberg Filed by Frank J. Mastro (related document(s)43 Motion to Intervene filed by Debtor Gregory B. Myers). (Attachments: # 1 Proposed Order) (Mastro, Frank) (Entered: 07/14/2025) |
| 07/14/2025 | 🌐 67 | ☐ | Opposition on behalf of Cristina and Brian King Children's Trust, Brian King, Cristina King Filed by Maurice Belmont VerStandig (related document(s)49 Motion for Miscellaneous Relief filed by Debtor Gregory B. Myers). (Attachments: # 1 Proposed Order) (VerStandig, Maurice) (Entered: 07/14/2025) |
| 07/10/2025 | 🌐 66 | ☐ | Transmittal of Record on Appeal to District Court. District Court Number: 8:25-cv-02103-TDC (related document(s)37 Notice of Appeal filed by Debtor Gregory B. Myers). (Aure, Lia) (Entered: 07/10/2025) |
| 07/05/2025 | 🌐 65 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)61 Order on Application to Compromise Controversy). No. of Notices: 4. Notice Date 07/05/2025. (Admin.) (Entered: 07/06/2025) |
| 07/05/2025 | 🌐 64 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)60 Order on Motion for Miscellaneous Relief). No. of Notices: 6. Notice Date 07/05/2025. (Admin.) (Entered: 07/06/2025) |
| 07/05/2025 | 🌐 63 | ☐ | BNC Certificate of Mailing. (related document(s)58 Deficiency Notice). No. of Notices: 1. Notice Date 07/05/2025. (Admin.) (Entered: 07/06/2025) |

| | | | |
|---|---|---|---|
| 07/04/2025 | 🌐62 | ☐ | BNC Certificate of Mailing - Hearing. (related document(s)51 Notice of Hearing). No. of Notices: 4. Notice Date 07/04/2025. (Admin.) (Entered: 07/05/2025) |
| 07/03/2025 | 🌐61 | ☐ | Order Approving Trustees Compromise And Settlement With King Parties (related document(s):17 Application to Compromise Controversy with King Plaintiffs, filed by Defendant Roger Schlossberg). (Horning, Kelly) (Entered: 07/03/2025) |
| 07/03/2025 | 🌐60 | ☐ | Order Denying Motion to Strike (related document(s):20 Motion to Strike Debtor's Objection to Trustee's Motion for Approval of Proposed Compromise and Settlement with King Plaintiffs filed by Defendant Roger Schlossberg). (Horning, Kelly) (Entered: 07/03/2025) |
| 07/03/2025 | 🌐59 | ☐ | ORAL RULING GIVEN (related document(s)17 Application to Compromise Controversy filed by Defendant Roger Schlossberg, 19 Objection filed by Debtor Gregory B. Myers, 20 Motion for Miscellaneous Relief filed by Defendant Roger Schlossberg, 22 Support Document filed by Debtor Gregory B. Myers, 23 Response filed by Debtor Gregory B. Myers, 24 Response filed by Defendant Roger Schlossberg) - Trustees settlement motion granted and Trustees counsel will prepare the order granting the motion. Debtors objections to claims overruled as moot and Court will prepare the order overruling the objections. (Whitfield, Jennifer) (Entered: 07/03/2025) |
| 07/03/2025 | 🌐58 | ☐ | Deficiency Notice (related document(s)57 Second Motion to Disqualify Judge Maria Elena Chavez-Ruark filed by Debtor Gregory B. Myers). Cured Pleading (Proposed Order) due by 7/17/2025. (Arter, Laurie) (Entered: 07/03/2025) |
| 07/03/2025 | 🌐57 | ☐ | Second Motion to Disqualify Judge Maria Elena Chavez-Ruark Filed by Gregory B. Myers . (Attachments: # 1 Copy of Third Party Complaint and Demand for Trial by Jury) (Arter, Laurie) (Attachment 2 replaced on 7/21/2025) (Arter, Laurie). Modified on 7/21/2025 (Arter, Laurie). (Entered: 07/03/2025) |
| 07/03/2025 | 🌐56 | ☐ | Supplemental Objection on behalf of Gregory B. Myers Filed by Gregory B. Myers (related document(s)17 Application to Compromise Controversy filed by Defendant Roger Schlossberg, 19 Objection filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 07/03/2025) |
| 07/02/2025 | 🌐55 | ☐ | BNC Certificate of Mailing. (related document(s)48 Deficiency Notice). No. of Notices: 1. Notice Date 07/02/2025. (Admin.) (Entered: 07/03/2025) |
| 07/02/2025 | 🌐54 | ☐ | BNC Certificate of Mailing. (related document(s)46 Deficiency Notice). No. of Notices: 1. Notice Date 07/02/2025. (Admin.) (Entered: 07/03/2025) |
| 07/02/2025 | 🌐53 | ☐ | BNC Certificate of Mailing. (related document(s)44 Deficiency Notice). No. of Notices: 1. Notice Date 07/02/2025. (Admin.) (Entered: 07/03/2025) |

| | | | |
|---|---|---|---|
| 07/02/2025 | ●51 | ☐ | Notice of ORAL RULING (related document(s)17 Application to Compromise Controversy filed by Defendant Roger Schlossberg, 19 Objection filed by Debtor Gregory B. Myers, 20 Motion for Miscellaneous Relief filed by Defendant Roger Schlossberg, 22 Support Document filed by Debtor Gregory B. Myers, 23 Response filed by Debtor Gregory B. Myers, 24 Response filed by Defendant Roger Schlossberg). Hearing scheduled for 7/3/2025 at 10:00 AM. Virtual hearing - For hearing access information see www.mdb.uscourts.gov/hearings or call 410-962-2688. (Whitfield, Jennifer) (Entered: 07/02/2025) |
| 07/01/2025 | ●52 | ☐ | Hearing Held (related document(s)17 Application to Compromise Controversy filed by Defendant Roger Schlossberg, 19 Objection filed by Debtor Gregory B. Myers, 20 Motion for Miscellaneous Relief filed by Defendant Roger Schlossberg, 22 Support Document filed by Debtor Gregory B. Myers, 23 Response filed by Debtor Gregory B. Myers, 24 Response filed by Defendant Roger Schlossberg). (Attachments: # 1 Debtor Ex 1 # 2 Debtor Ex 2 # 3 Debtor Ex 3 # 4 Debtor Ex 4 # 5 Debtor Ex 5 # 6 Debtor Ex 6 # 7 Debtor Ex 7 # 8 Debtor Ex 8 # 9 Debtor Ex 9) - Court will give oral ruling on 7/3/25 at 10:00 a.m. by videoconference. Court will issue hearing notice. (Whitfield, Jennifer) (Entered: 07/02/2025) |
| 07/01/2025 | ●50 | ☐ | Notice of Filing by Gregory B. Myers . (Horning, Kelly) (Entered: 07/01/2025) |
| 07/01/2025 | ●49 | ☐ | Debtor's Motion to Disqualify Counsel Filed by Gregory B. Myers . (Horning, Kelly) Additional attachment(s) added on 7/21/2025 (Arter, Laurie). (Entered: 07/01/2025) |
| 07/01/2025 | ● | | Notice of Docketing Record on Appeal to District Court. Civil Case Number: 8:25-cv-02103-TDC (related document(s)37 Notice of Appeal filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 07/01/2025) |
| 06/30/2025 | ●48 | ☐ | Deficiency Notice (related document(s)47 Motion to Disqualify Judge Maria Elena Chavez-Ruark filed by Debtor Gregory B. Myers). Cured Pleading (Proposed Order) due by 7/14/2025. (Arter, Laurie) (Entered: 06/30/2025) |
| 06/30/2025 | ●47 | ☐ | Motion to Disqualify Judge Maria Elena Chavez-Ruark Filed by Gregory B. Myers . (Attachments: # 1 Exhibit A) (Arter, Laurie) Additional attachment(s) added on 7/21/2025 (Arter, Laurie). (Entered: 06/30/2025) |
| 06/30/2025 | ●46 | ☐ | Deficiency Notice (related document(s)45 Motion to Dismiss Adversary Proceeding filed by Debtor Gregory B. Myers). Cured Pleading (Proposed Order) due by 7/14/2025. (Arter, Laurie) (Entered: 06/30/2025) |
| 06/30/2025 | ●44 | ☐ | Deficiency Notice (related document(s)43 Motion to Intervene filed by Debtor Gregory B. Myers). Cured Pleading (Proposed Order) due by 7/14/2025. (Arter, Laurie) (Entered: 06/30/2025) |
| 06/28/2025 | ●42 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)39 Notice). No. of Notices: 4. Notice Date 06/28/2025. (Admin.) (Entered: 06/29/2025) |

| | | | |
|---|---|---|---|
| 06/28/2025 | 🌐41 | ☐ | BNC Certificate of Mailing. (related document(s)38 Deficiency Notice). No. of Notices: 1. Notice Date 06/28/2025. (Admin.) (Entered: 06/29/2025) |
| 06/27/2025 | 🌐45 | ☐ | Motion to Dismiss Adversary Proceeding for Failure to Join Indispensable Party Filed by Gregory B. Myers . (Attachments: # 1 Exhibit A # 2 Exhibit B) (Arter, Laurie) Additional attachment(s) added on 7/21/2025 (Arter, Laurie). (Entered: 06/30/2025) |
| 06/27/2025 | 🌐43 | ☐ | Motion to Intervene Filed by Gregory B. Myers . (Arter, Laurie) Additional attachment(s) added on 7/3/2025 (Arter, Laurie). Modified on 7/3/2025. Clerk's Note: Third party complaint filed 7/2/2025 attached to docket entry. (Arter, Laurie). Additional attachment(s) added on 7/21/2025 (Arter, Laurie). (Entered: 06/30/2025) |
| 06/26/2025 | 🌐40 | ☐ | Initial Transmittal to District Court (related document(s)37 Notice of Appeal filed by Debtor Gregory B. Myers). (Attachments: # 1 Order to Show Cause why Case Should not be Dismissed for Want of Prosecution # 2 Order Granting Stipulation and Motion to Extend Time # 3 Scheduling Order # 4 Memorandum to Parties # 5 Notice of Evidentiary Hearing # 6 Order Dissolving Show Cause Order After Response # 7 Notice of Evidentiary Hearing # 8 Docket Report) (Arter, Laurie) (Entered: 06/26/2025) |
| 06/26/2025 | 🌐39 | ☐ | Notice of Filing of Appeal to the U.S. District Court (related document(s)37 Notice of Appeal filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 06/26/2025) |
| 06/26/2025 | 🌐38 | ☐ | Deficiency Notice (related document(s)37 Notice of Appeal filed by Debtor Gregory B. Myers). Cured Pleading (Filing Fee) due by 7/10/2025. (Arter, Laurie) (Entered: 06/26/2025) |
| 06/25/2025 | 🌐37 | ☐ | Notice of Appeal to District Court Filed by Gregory B. Myers. Receipt Number Fee Due, Fee Amount $298 (related document(s)4 Order to Show Cause, 7 Order on Motion to Extend Time, 15 Scheduling Order, 27 Memorandum, 29 Notice of Hearing, 32 Order Dissolving Show Cause Order, 33 Notice of Hearing). Appellant Designation due by 7/9/2025. (Arter, Laurie) (Entered: 06/26/2025) |
| 06/25/2025 | 🌐36 | ☐ | Trustee's Exhibit and Witness Lists for Hearing on Trustee's Motion for Approval of Proposed Compromise and Settlement with King Plaintiffs Filed by Frank J. Mastro (related document(s)17 Application to Compromise Controversy with King Plaintiffs, filed by Defendant Roger Schlossberg, 19 Objection filed by Debtor Gregory B. Myers, 22 Support Document filed by Debtor Gregory B. Myers). (Attachments: # 1 Exhibit 1 - Operating Agreement # 2 Exhibit 2 - Letter # 3 Exhibit 3 - Appraisal # 4 Exhibit 4 - MOU # 5 Exhibit 5 - Emails Jan. 2017 # 6 Exhibit 6 - Emails Oct. 2016 # 7 Exhibit 7 - Emails Nov. 2016 # 8 Exhibit 8 - Email Dec. 2016 # 9 Exhibit 9 - Redfin # 10 Exhibit 10 - Order # 11 Exhibit 11 - Memorandum Opinion) (Mastro, Frank). Modified on 6/26/2025. Text enhanced to include a descriptive title; Related documents corrected (Arter, Laurie). (Entered: 06/25/2025) |

| | | | |
|---|---|---|---|
| 05/16/2025 | 🌐35 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)32 Order Dissolving Show Cause Order). No. of Notices: 4. Notice Date 05/16/2025. (Admin.) (Entered: 05/17/2025) |
| 05/16/2025 | 🌐34 | ☐ | BNC Certificate of Mailing - Hearing. (related document(s)33 Notice of Hearing). No. of Notices: 4. Notice Date 05/16/2025. (Admin.) (Entered: 05/17/2025) |
| 05/14/2025 | 🌐33 | ☐ | Notice of Evidentiary Hearing (related document(s)20 Motion for Miscellaneous Relief filed by Defendant Roger Schlossberg, 23 Response filed by Debtor Gregory B. Myers, 24 Response filed by Defendant Roger Schlossberg). Hearing scheduled for 6/30/2025 at 10:00 AM & 7/1/2025 at 10:00 AM - In person hearing Courtroom 3-C Greenbelt, Judge Chavez-Ruark. (Whitfield, Jennifer) (Entered: 05/14/2025) |
| 05/14/2025 | 🌐32 | ☐ | Order Dissolving Show Cause Order After Response (related document(s)4 Order to Show Cause). (Arter, Laurie) (Entered: 05/14/2025) |
| 05/10/2025 | 🌐31 | ☐ | BNC Certificate of Mailing - Hearing. (related document(s)29 Notice of Hearing). No. of Notices: 4. Notice Date 05/10/2025. (Admin.) (Entered: 05/11/2025) |
| 05/08/2025 | 🌐30 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)27 Memorandum). No. of Notices: 4. Notice Date 05/08/2025. (Admin.) (Entered: 05/09/2025) |
| 05/08/2025 | 🌐29 | ☐ | Notice of Evidentiary Hearing (related document(s)17 Application to Compromise Controversy filed by Defendant Roger Schlossberg, 19 Objection filed by Debtor Gregory B. Myers, 22 Support Document filed by Debtor Gregory B. Myers). Hearing scheduled for 6/30/2025 at 10:00 AM & 7/1/2025 at 10:00 AM. In person hearing Courtroom 3-C Greenbelt, Judge Chavez-Ruark. (Whitfield, Jennifer) (Entered: 05/08/2025) |
| 05/07/2025 | 🌐28 | ☐ | Status Conference Held (related document(s)1 Complaint filed by Plaintiff Brian King, Plaintiff Cristina King, Plaintiff Cristina and Brian King Children's Trust, 13 Answer to Complaint filed by Defendant Roger Schlossberg) - Evidentiary hearing on settlement motion and claim objections to be held on 6/30/25 and 7/1/25 beginning at 10:00 a.m. both days (in person hearing). Court will issue a hearing notice. (Whitfield, Jennifer) (Entered: 05/08/2025) |
| 05/06/2025 | 🌐27 | ☐ | Memorandum to Parties. (Alexander, Lisa) (Entered: 05/06/2025) |
| 04/03/2025 | 🌐26 | ☐ | Response on behalf of Roger Schlossberg Filed by Frank J. Mastro (related document(s)25 Document filed by Debtor Gregory B. Myers). (Attachments: # 1 Exhibit # 2 Exhibit # 3 Mailing Information) (Mastro, Frank) (Entered: 04/03/2025) |
| 03/06/2025 | 🌐25 | ☐ | Suggestion of Bankruptcy and Request to Stay all Further Proceedings Filed by Gregory B. Myers (related document(s)1 Complaint filed by Plaintiff Brian King, Plaintiff Cristina King, Plaintiff Cristina and Brian |

| | | | |
|---|---|---|---|
| | | | King Children's Trust). (Arter, Laurie) (Entered: 03/07/2025) |
| 02/27/2025 | 🌐 24 | ☐ | Response on behalf of Roger Schlossberg Filed by Frank J. Mastro (related document(s)23 Response filed by Debtor Gregory B. Myers, 20 Motion to Strike Debtor's Objection to Trustee's Motion for Approval of Proposed Compromise and Settlement with King Plaintiffs filed by Defendant Roger Schlossberg). (Attachments: # 1 Mailing Information) (Mastro, Frank). Modified on 2/27/2025. Additional related document added. (Arter, Laurie). (Entered: 02/27/2025) |
| 02/24/2025 | 🌐 23 | ☐ | Response on behalf of Gregory B. Myers Filed by Gregory B. Myers (related document(s)20 Motion to Strike Debtor's Objection to Trustee's Motion for Approval of Proposed Compromise and Settlement with King Plaintiffs filed by Defendant Roger Schlossberg). (Horning, Kelly) (Entered: 02/25/2025) |
| 02/04/2025 | 🌐 22 | ☐ | Supplement to Gregory B. Myers's Preliminary Objection to the Trustee's Motion for Approval of Proposed Compromise and Settlement with King Plaintiffs Filed by Gregory B. Myers (related document(s)17 Application to Compromise Controversy filed by Defendant Roger Schlossberg, 19 Objection filed by Debtor Gregory B. Myers). (Attachments: # 1 Exhibit H # 2 Exhibit I) (Arter, Laurie) (Entered: 02/05/2025) |
| 02/04/2025 | 🌐 21 | ☐ | DISREGARD; SEE 22 FOR CORRECTION. Supplement to Gregory B. Myers's Preliminary Objection to the Trustee's Motion for Approval of Proposed Compromise and Settlement with King Plaintiffs Filed by Gregory B. Myers (related document(s)17 Application to Compromise Controversy filed by Defendant Roger Schlossberg, 19 Objection filed by Debtor Gregory B. Myers). (Attachments: # 1 Exhibit) (Arter, Laurie) Modified on 2/5/2025 (Arter, Laurie). (Entered: 02/05/2025) |
| 01/31/2025 | 🌐 20 | ☐ | Motion *to Strike Debtor's Objection to Trustee's Motion for Approval of Proposed Compromise and Settlement with King Plaintiffs* Filed by Roger Schlossberg.(related document(s) 19 Objection filed by Debtor Gregory B. Myers) (Attachments: # 1 CMECF Mailing Information # 2 Proposed Order) (Mastro, Frank). Modified on 2/3/2025. Related document added. (Arter, Laurie). (Entered: 01/31/2025) |
| 01/21/2025 | 🌐 19 | ☐ | Preliminary Objection to the Trustee's Motion for Approval of Proposed Compromise and Settlement with King Plaintiffs on behalf of Gregory B. Myers Filed by Gregory B. Myers (related document(s)17 Application to Compromise Controversy filed by Defendant Roger Schlossberg). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G) (Arter, Laurie) (Entered: 01/24/2025) |
| 01/21/2025 | 🌐 18 | ☐ | DISREGARD; SEE 19 FOR CORRECTION. Objection on behalf of Gregory B. Myers Filed by Gregory B. Meyers (related document(s)17 Application to Compromise Controversy filed by Defendant Roger Schlossberg). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 and Exhibit G # 8) (Hegerle, Robert) Additional attachment(s) added on 1/22/2025 (Arter, Laurie). Modified on 1/22/2025. Corrected spelling of debtor's first name. (Arter, Laurie). (Attachment 9 replaced on 1/23/2025) (Hegerle, Robert). Additional attachment(s) added on 1/23/2025 (Hegerle, Robert). Modified |

| | | | |
|---|---|---|---|
| | | | on 1/23/2025 Corrective Entry: Broke down and refiled additional exhibits. (Hegerle, Robert). Modified on 1/23/2025 (Hegerle, Robert). Modified on 1/24/2025 (Arter, Laurie). (Entered: 01/22/2025) |
| 12/30/2024 | 🌐 17 | ☐ | Application to Compromise Controversy with King Plaintiffs, Filed by Roger Schlossberg. (Attachments: # 1 Notice of Motion # 2 Proposed Order # 3 Certificate of Service # 4 Certificate of Service # 5 List of All Creditors) (Mastro, Frank) (Entered: 12/30/2024) |
| 04/28/2024 | 🌐 16 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)15 Scheduling Order). No. of Notices: 3. Notice Date 04/28/2024. (Admin.) (Entered: 04/29/2024) |
| 04/26/2024 | 🌐 15 | ☐ | Scheduling Order (related document(s)1 Complaint filed by Plaintiff Brian King, Plaintiff Cristina King, Plaintiff Cristina and Brian King Children's Trust, 13 Answer to Complaint filed by Defendant Roger Schlossberg). Expert Witness and Reports due by 8/30/2024. Discovery due by 10/31/2024. Dispositive Motions due by 1/31/2025. Exhibit List, Exhibits, and List of Witnesses due by 3/31/2025. Counter-Designation due by 4/14/2025. Written Objections to Exhibits due by 4/29/2025. Pre-Trial Memoranda due by 4/29/2025. Final Pre-Trial Conference set for 5/7/2025 at 10:00 AM by videoconference or teleconference. For hearing access information see www.mdb.uscourts.gov/hearings or call 410-962-2688. Trial date-1 set for 5/12/2025 at 10:00 AM in person at 6500 Cherrywood Lane, Courtroom 3C, Greenbelt, MD 20770. Trial date-2 set for 5/13/2025 at 10:00 AM in person at 6500 Cherrywood Lane, Courtroom 3C, Greenbelt, MD 20770. (Arter, Laurie) (Entered: 04/26/2024) |
| 04/19/2024 | 🌐 14 | ☐ | General Provisions Governing Discovery - *Joint Rule 26(f) Report* Filed by Frank J. Mastro (related document(s)1 Complaint filed by Plaintiff Brian King, Plaintiff Cristina King, Plaintiff Cristina and Brian King Children's Trust). (Mastro, Frank) (Entered: 04/19/2024) |
| 04/15/2024 | 🌐 13 | ☐ | Answer to Complaint Filed by Roger Schlossberg. (Mastro, Frank) (Entered: 04/15/2024) |
| 03/20/2024 | 🌐 12 | ☐ | Affidavit of Summons Service Executed on Roger Schlossberg 3/10/2024. (VerStandig, Maurice) (Entered: 03/20/2024) |
| 03/15/2024 | 🌐 11 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)9 Court Instruction). No. of Notices: 3. Notice Date 03/15/2024. (Admin.) (Entered: 03/16/2024) |
| 03/14/2024 | 🌐 10 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)7 Order on Motion to Extend Time). No. of Notices: 4. Notice Date 03/14/2024. (Admin.) (Entered: 03/15/2024) |

| | | | |
|---|---|---|---|
| 03/13/2024 | 🌐9 | ☐ | Court Instruction: The Court has considered the plaintiffs' response to the show cause order and welcomes the parties' settlement discussions. However, this does not excuse the plaintiffs from filing proof of service under Bankruptcy Rule 7004(e) and Local Bankruptcy Rule 7004-1. The plaintiffs are directed to file proof of service by March 20, 2024. (related document(s)4 Order to Show Cause, 8 Response to Show Cause Order filed by Plaintiff Brian King, Plaintiff Cristina King, Plaintiff Cristina and Brian King Children's Trust). (Arter, Laurie) (Entered: 03/13/2024) |
| 03/12/2024 | 🌐8 | ☐ | Response to Show Cause Order on behalf of Cristina and Brian King Children's Trust, Brian King, Cristina King Filed by Maurice Belmont VerStandig (related document(s)4 Order to Show Cause). (VerStandig, Maurice) (Entered: 03/12/2024) |
| 03/12/2024 | 🌐 | | Roger Schlossberg Answer Deadline Reset for 4/15/2024. (Arter, Laurie) (Entered: 03/12/2024) |
| 03/12/2024 | 🌐7 | ☐ | Order Granting Stipulation and Motion to Extend Time (related document(s): 6 Stipulation and Motion to Extend Time to File an Answer to the Complaint Filed by Plaintiff Brian King, Plaintiff Cristina King, Plaintiff Cristina and Brian King Children's Trust). The date for the defendant to file a response is extended through and including 4/15/2024. The pretrial conference is rescheduled to 4/24/2024 at 10:00 a.m. by videoconference. (Arter, Laurie) (Entered: 03/12/2024) |
| 03/10/2024 | 🌐6 | ☐ | Stipulation and Motion to Extend Time to File an Answer to the Complaint Through and Including April 15, 2024 Filed by Cristina and Brian King Children's Trust, Brian King, Cristina King. (Attachments: # 1 Proposed Order) (VerStandig, Maurice) Modified on 3/11/2024. Text enhanced to include a descriptive title. (Arter, Laurie). (Entered: 03/10/2024) |
| 02/29/2024 | 🌐5 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)4 Order to Show Cause). No. of Notices: 3. Notice Date 02/29/2024. (Admin.) (Entered: 03/01/2024) |
| 02/27/2024 | 🌐4 | ☐ | SHOW CAUSE ORDER DISSOLVED AT 32. Order to Show Cause why Case Should not be Dismissed for Want of Prosecution. Response to Show Cause Order due by 3/12/2024. (Arter, Laurie)Modified on 5/14/2025 (Arter, Laurie). (Entered: 02/27/2024) |
| 01/18/2024 | 🌐3 | ☐ | BNC Certificate of Mailing. (related document(s)2 Summons Issued). No. of Notices: 3. Notice Date 01/18/2024. (Admin.) (Entered: 01/19/2024) |
| 01/16/2024 | 🌐2 | ☐ | Summons Issued on Roger Schlossberg Date Issued 1/16/2024, Answer Due 2/15/2024 (related document(s)1 Complaint filed by Plaintiff Brian King, Plaintiff Cristina King, Plaintiff Cristina and Brian King Children's Trust). Pre-Trial Conference set for 3/13/2024 at 10:00 AM by videoconference or teleconference. For hearing access information see www.mdb.uscourts.gov/hearings or call 410-962-2688. (Arter, Laurie) (Entered: 01/16/2024) |

| | | | |
|---|---|---|---|
| 01/10/2024 | | | Receipt of filing fee for Complaint( 24-00007) [cmp,cmp] ( 350.00). Receipt number A41696021. Fee amount 350.00 (re: Doc # 1) (U.S. Treasury) (Entered: 01/10/2024) |
| 01/10/2024 | 🌑1 | ☐ | Adversary case 24-00007. (91 (Declaratory judgment)) Complaint by Maurice Belmont VerStandig on behalf of Brian King, Cristina King, Cristina and Brian King Children's Trust against Roger Schlossberg. Fee Amount $350. (VerStandig, Maurice) Modified on 1/22/2025. Corrected spelling of debtor's first name. (Arter, Laurie). (Entered: 01/10/2024) |

View Selected

or

Download Selected