# UNITED STATES BANKRUPTCY COURT
# TRANSMITTAL SHEET TO UNITED STATES DISTRICT COURT

Transmitted by: Laurie Arter    Phone Number: 301–344–3327    Date: 6/25/26

## BANKRUPTCY MATTER (answer only one):

☑ 1. Appeal        ☐ Cross Appeal (if applicable)    Appellant's Designation of Record included:  ☑ yes    ☐ no

☐ Initial Transmittal

☐ Transmittal of Record on Appeal (USDC Case No.)

☑ Supplemental Transmittal for 8:26cv02175TDC (reason: Appellant's Designation of Record filed 6/24/2026 at USBC docket entry [142])

☐ 2. Motion/Request for Direct Appeal to 4th Circuit USCA

☐ 3. Motion for Leave to Appeal (Interlocutory Appeal)

☐ 4. Motion for Withdrawal of Reference

☐ 5. Findings of Fact and Conclusions of Law (No Objections)

☐ 6. Findings of Fact and Conclusions of Law with Objection

☐ 7. Contempt

☐ 8. Other:

## RELATED CASE INFORMATION (answer all):

1. Bankruptcy Case Number: 15–26033    Chapter: 7
2. Adversary Proceeding Number (if applicable): 24–00007
3. U.S. Bankruptcy Judge: Maria Ellena Chavez–Ruark
4. Related U.S. District Court Civil Action Number (if applicable): 8:26cv02204DLB; 22cv00778GJH
5. Fee Paid:  ☑ yes  ☐ no

6. Additional comments: Filing fee paid 6/24/2026

## PARTY INFORMATION (answer all):

1. Debtor: Gregory B Myers
2. Trustee (if applicable): Roger Schlossberg

Appellant/Movant: Gregory B Myers

Appellant/Movant's Counsel: pro se

Appellee/Respondent: Brian King, Cristina King, Cristina and Brian King Children's Trust, Roger Schlossberg

Appellee/Respondent's Counsel: Maurice Belmnont VerStandig for Brian King and Cristina King and Cristina and Brian King Children's Trust, Frank J. Mastro for Roger Schlossberg

transmdc (07/28/2015) – *LaurieArter*