USBC-MD 6 FILED
25 JUN '25 PM3:50

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

In re:

GREGORY B. MYERS,

     Debtor.

_____/

BRIAN KING, *et al.*,

     Plaintiffs,

v.

ROGER SCHLOSSBERG, TRUSTEE,

     Defendant.

_____/

Case No. 15-26033-MCR
(Chapter 7)

Adv. No. 24-00007

### NOTICE OF APPEAL [1]

     Debtor, Gregory B. Myers appeals to the United States District Court for the District of Maryland from the following orders, memorandums, notices, and rulings entered by the United States Bankruptcy Court for the District of Maryland in Adversary Case No. 24-00007:

1. *Order To Show Cause Why Complaint Should Not Be Dismissed For Want Of Prosecution* (Adv. No. 24-00007; Doc. 4).

2. *Order Granting Stipulation And Motion To Extend Time* (Adv. No. 24-00007; Doc. 7).

3. *Scheduling Order* (Adv. No. 24-00007; Doc. 15).

4. *Memorandum To Parties* (Adv. No. 24-00007; Doc. 27).

5. *Notice Of Evidentiary Hearing* (Adv. No. 24-00007; Doc. 29).

6. *Order Dissolving Show Cause Order After Response* (Adv. No. 24-00007; Doc. 32).

---

[1] See *Capron v. Van Noorden*, 6 U.S. 126 (1804).

7.  *Notice Of Evidentiary Hearing* (Adv. No. 24-00007; Doc. 33).


The parties to this appeal are as follows:

Appellant: Gregory B. Myers

Appellee: Roger Schlossberg, Chapter 7 Trustee

Counsel:
Frank J. Mastro
Roger Schlossberg
Schlossberg & Mastro
18421 Henson Blvd., Suite 201
Hagerstown, MD 21742

Appellee: Brina King
Appellee: Cristina King
Appellee: Cristina and Brian King Children's Trust

Counsel:
Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy., Suite 665
Henderson, NV 89012

Dated: June 25, 2025.

_____
Gregory B. Myers, *pro se*
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312
gregbmyers@verizon.net

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 25, 2025, a copy of the foregoing was furnished to the

following parties:

Roger Schlossberg
Frank J. Mastro
P.O. Box 2017
Hagerstown, MD 21742-2017

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy., Suite 665
Henderson, NV 89012

_____
Gregory B. Myers, *pro se*