Entered: February 27th, 2024
Signed: February 26th, 2024

**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| In re:<br><br>GREGORY B. MYERS,<br><br>    Debtor. | Case Number:  15-26033-MCR<br>(Chapter 7) |
| BRIAN KING, ET AL.,<br><br>    Plaintiffs,<br><br>v.<br><br>ROGER SCHLOSSBERG,<br><br>    Defendant. | Adversary Number:  24-00007-MCR |

### ORDER TO SHOW CAUSE WHY COMPLAINT
### SHOULD NOT BE DISMISSED FOR WANT OF PROSECUTION

The above captioned adversary proceeding having come before the Court for consideration, and it appearing that the Plaintiffs have failed to file a certificate of service evidencing service of the Summons issued on January 16, 2024 [Dkt. No. 2] (the "Summons") and the Complaint for Declaratory Relief [Dkt. No. 1] (the "Complaint") within seven (7) days

pursuant to <u>Federal Rule of Bankruptcy Procedure 7004(e)</u>, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

ORDERED, that the Plaintiffs shall show cause in writing, within fourteen (14) days of the date of entry of this Order, why the Complaint should not be dismissed for want of prosecution; and it is further

ORDERED, that this Order to Show Cause shall be dissolved automatically if, within fourteen (14) days of the date of entry of this Order, the Plaintiffs (1) obtain a new summons, serve the new summons along with the Complaint, and file a certificate of service evidencing service of the new summons and the Complaint pursuant to <u>Federal Rule of Bankruptcy Procedure 7004(e)</u>, or (2) file a certificate of service evidencing service of the Summons and Complaint pursuant to <u>Federal Rule of Bankruptcy Procedure 7004(e)</u> before the Summons became stale.

cc:     Plaintiff – Brian King
        Plaintiff – Cristina King
        Plaintiff – Cristina and Brian King Children's Trust
        Plaintiffs' Counsel – Maurice Belmont VerStandig
        Defendant – Roger Schlossberg, Chapter 7 Trustee
        Defendant's Counsel – *pro se*

**END OF ORDER**