Entered: March 12th, 2024
Signed: March 11th, 2024

**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| GREGORY B. MYERS, | ) | Case No. 15-26033-MCR |
| | ) | |
| Debtor, | ) | |
| _____ | ) | |
| | ) | |
| BRIAN KING, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Adversary Case No. 24-00007-MCR |
| v. | ) | |
| | ) | |
| ROGER SCHLOSSBERG, in His Official | ) | |
| Capacity as Chapter 7 Trustee of the | ) | |
| Bankruptcy Estate of Gregory B. Myers, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| | ) | |

**ORDER GRANTING STIPULATION AND MOTION TO EXTEND TIME**

Upon consideration of Stipulation and Motion to Extend Time (the "Motion," as found at

DE #6), the arguments set forth therein, the record herein, and applicable law, it is, by the United

States Bankruptcy Court for the District of Maryland, hereby:

1

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the date for the defendant to file a response to the complaint herein is

EXTENDED to and through **April 15, 2024**; and it is further

ORDERED, that the pretrial conference is rescheduled to **April 24, 2024 at 10:00 a.m.** by

videoconference.

Copies:

Frank J. Mastro, Esq.
Schlossberg Mastro
P.O. Box 2067
Hagerstown, Maryland 21742
Email: fmastro@schlosslaw.com

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC 1
452 W. Horizon Ridge Pkwy, #665 H
enderson, Nevada 89012
Email: mac@mbvesq.com

**END OF ORDER**