## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

In re:

GREGORY B. MYERS,

      Debtor.

_____/

BRIAN KING, *et al.*,

      Plaintiffs,

v.

ROGER SCHLOSSBERG, TRUSTEE,

      Defendant.

_____/

Case No.  15-26033-MCR
(Chapter 7)

Adv. No. 24-00007

### NOTICE OF APPEAL

Gregory B. Myers appeals to the United States District Court for the District of Maryland from the ORDER APPROVING TRUSTEE'S COMPROMISE AND SETTLEMENT WITH KING PARTIES (Doc 61) entered on July 3, 2025, by the United States Bankruptcy Court for the District of Maryland in Adversary Case No. 24-00007, a copy of which is attached hereto as **Exhibit A**.

The parties to this appeal are as follows:

      Appellant: Gregory B. Myers

      Appellee: Roger Schlossberg, Chapter 7 Trustee

          Counsel:
          Frank J. Mastro
          Roger Schlossberg
          Schlossberg & Mastro

1

18421 Henson Blvd., Suite 201
Hagerstown, MD 21742

Appellee: Brina King
Appellee: Cristina King
Appellee: Cristina and Brian King Children's Trust

Counsel:
Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy., Suite 665
Henderson, NV 89012

Dated: July 17, 2025.

_____
Gregory B. Myers, *pro se*
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312
gregbmyers@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 17, 2025, a copy of the foregoing was furnished to the following parties:

Roger Schlossberg
Frank J. Mastro
P.O. Box 2017
Hagerstown, MD 21742-2017

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy., Suite 665
Henderson, NV 89012

_____
Gregory B. Myers, *pro se*