APPEAL

**U.S. Bankruptcy Court**
**District of Maryland (Greenbelt)**
**Adversary Proceeding #: 24-00007**

*Assigned to:* Judge Maria Ellena Chavez-Ruark
*Lead BK Case:* 15-26033
*Lead BK Title:* Gregory B Myers
*Lead BK Chapter:* 7
*Demand:*

*Date Filed:* 01/10/24
*Case Administrator :*   Laurie Arter
*Team Phone:*   301-344-3965

*Nature[s] of Suit:*  91 Declaratory judgment

**Debtor**
----------------------
**Gregory B. Myers**
700 Gulf Shore Blvd N.
Naples, FL 34102

represented by **Gregory B. Myers**
PRO SE

**Plaintiff**
----------------------
**Brian King**
c/o The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, MD 20854

represented by **Maurice Belmont VerStandig**
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854
301-444-4600
Email: mac@mbvesq.com

**Plaintiff**
----------------------
**Cristina King**
c/o The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, MD 20854

represented by **Maurice Belmont VerStandig**
(See above for address)

**Plaintiff**
----------------------
**Cristina and Brian King Children's Trust**
c/o The VerStandig Law Firm, LLC`
9812 Falls Road, #114-160
Potomac, MD 20854

represented by **Maurice Belmont VerStandig**
(See above for address)

V.

**Defendant**
----------------------
**Roger Schlossberg**
Law firm of Schlossberg Mastro & Scanlan
18421 Henson Boulevard
Suite 201
PO Box 2067
Hagerstown, MD 21742

represented by **Frank J. Mastro**
Schlossberg / Mastro
P.O. Box 2067
Hagerstown, MD 21742-2067
301-739-8610
Email: fmastro@schlosslaw.com

| **Case Related Information** | | | |
|---|---|---|---|
| Associated Cases | No Claims | Related Transactions | Select a Sub-Docket ⌄  View<br>☐ show related transactions |
| Pending Matters | Pending Deadlines | No Pending Hearings | Key Dates |

| EOrders: Activity  No Signed Upload  Log | Party | Case Opening Fees  All Fees | |
|---|---|---|---|

| Filing Date | # | Select all / clear | Docket Text |
|---|---|---|---|
| 07/18/2025 | 81 | ☐ | Notice of Filing of Appeal to the U.S. District Court (related document(s)79 Notice of Appeal filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 07/18/2025) |
| 07/18/2025 | 80 | ☐ | Deficiency Notice (related document(s)79 Notice of Appeal filed by Debtor Gregory B. Myers). Cured Pleading (Filing Fee) due by 8/1/2025. (Arter, Laurie) (Entered: 07/18/2025) |
| 07/17/2025 | 79 | ☑ | Notice of Appeal to District Court Filed by Gregory B. Myers. Receipt Number Fee Due, Fee Amount $298 (related document(s)61 Order on Application to Compromise Controversy). Appellant Designation due by 7/31/2025. (Attachments: # 1 Exhibit A)(Arter, Laurie) (Entered: 07/18/2025) |
| 07/17/2025 | 78 | ☐ | Motion For Final Summary Judgment as to Count 1 of Third Party Complaint and Demand for Trial by Jury Filed by Gregory B. Myers . (Attachments: # 1 Proposed Order) (Arter, Laurie) (Entered: 07/18/2025) |
| 07/16/2025 | 76 | ☐ | Motion to Shorten Time Filed by Gregory B. Myers (related document(s)75 Emergency Motion To Stay Pending Appeal filed by Debtor Gregory B. Myers) . (Attachments: # 1 Proposed Order) (Arter, Laurie)Modified on 7/16/2025. Docket text corrected. (Arter, Laurie). (Entered: 07/16/2025) |
| 07/16/2025 | 75 | ☐ | Emergency Motion to Stay Pending Appeal Filed by Gregory B. Myers (related document(s)61 Order on Application to Compromise Controversy) . (Attachments: # 1 Proposed Order) (Arter, Laurie) (Entered: 07/16/2025) |
| 07/15/2025 | 77 | ☐ | Transcript of Hearing held on 7/3/2025 before Judge Maria Ellena Chavez-Ruark. Transcript was received on 7/15/2025. TRANSCRIPT IS RESTRICTED FOR 90 DAYS BY JUDICIAL CONFERENCE POLICY. (related document(s)17 Application to Compromise Controversy filed by Defendant Roger Schlossberg, 19 Objection filed by Debtor Gregory B. Myers, 20 Motion for Miscellaneous Relief filed by Defendant Roger Schlossberg, 22 Support Document filed by Debtor Gregory B. Myers, 23 Response filed by Debtor Gregory B. Myers, 24 Response filed by Defendant Roger Schlossberg). Notice of Intent to Request Redaction Deadline Due By 7/22/2025. Redaction Request Due By 8/5/2025. Redacted Transcript Submission Due By 8/15/2025. Transcript access will be restricted through 10/14/2025. (Attachments: # 1 Myers Errata Sheet) (Walston, Daniel) (Entered: 07/17/2025) |
| 07/15/2025 | 74 | ☐ | Opposition on behalf of Roger Schlossberg Filed by Frank J. Mastro (related document(s)57 Motion for Miscellaneous Relief filed by Debtor Gregory B. Myers). (Attachments: # 1 Proposed Order) (Mastro, Frank) (Entered: 07/15/2025) |
| 07/15/2025 | 73 | ☐ | Joinder to King Parties' Opposition on behalf of Roger Schlossberg Filed by Frank J. Mastro (related document(s)49 Motion for Miscellaneous Relief filed by Debtor Gregory B. Myers, 67 Opposition filed by Plaintiff Brian King, Plaintiff Cristina King, Plaintiff Cristina and Brian King Children's Trust.). (Attachments: # 1 Proposed Order) (Mastro, Frank). Modified on 7/15/2025. Additional related document added. (Arter, Laurie). (Entered: 07/15/2025) |
| 07/14/2025 | 72 | ☐ | Opposition on behalf of Roger Schlossberg Filed by Frank J. Mastro (related document(s)47 Motion for Miscellaneous Relief filed by Debtor Gregory B. Myers). (Attachments: # 1 Proposed Order) (Mastro, Frank) (Entered: 07/14/2025) |
| 07/14/2025 | 71 | ☐ | Joinder to Trustee's Opposition on behalf of Cristina and Brian King Children's Trust, Brian King, Cristina King Filed by Maurice Belmont VerStandig (related document(s)45 Motion to Dismiss Adversary Proceeding filed by Debtor Gregory B. Myers, 69 Opposition filed by Defendant Roger Schlossberg). (VerStandig, Maurice). Modified on 7/15/2025. Additional related document added. (Arter, Laurie). (Entered: 07/14/2025) |
| 07/14/2025 | 70 | ☐ | Joinder to Trustee's Opposition on behalf of Cristina and Brian King Children's Trust, Brian King, Cristina King Filed by Maurice Belmont VerStandig (related document(s)43 Motion to Intervene filed by Debtor Gregory B. Myers, 68 Opposition filed by Defendant Roger Schlossberg). (VerStandig, Maurice). Modified on 7/15/2025. Additional related document added. (Arter, Laurie). (Entered: 07/14/2025) |
| 07/14/2025 | 69 | ☐ | Opposition on behalf of Roger Schlossberg Filed by Frank J. Mastro (related document(s)45 Motion to Dismiss Adversary Proceeding filed by Debtor Gregory B. Myers). (Attachments: # 1 Proposed Order) (Mastro, Frank) (Entered: 07/14/2025) |
| 07/14/2025 | 68 | ☐ | Opposition on behalf of Roger Schlossberg Filed by Frank J. Mastro (related document(s)43 Motion to Intervene filed by Debtor Gregory B. Myers). (Attachments: # 1 Proposed Order) (Mastro, Frank) (Entered: 07/14/2025) |
| 07/14/2025 | 67 | ☐ | Opposition on behalf of Cristina and Brian King Children's Trust, Brian King, Cristina King Filed by Maurice Belmont VerStandig (related document(s)49 Motion for Miscellaneous Relief filed by Debtor Gregory B. Myers). (Attachments: # 1 Proposed Order) (VerStandig, Maurice) (Entered: 07/14/2025) |
| 07/10/2025 | 66 | ☐ | Transmittal of Record on Appeal to District Court. District Court Number: 8:25-cv-02103-TDC (related document(s)37 Notice of Appeal filed by Debtor Gregory B. Myers). (Aure, Lia) (Entered: 07/10/2025) |
| 07/05/2025 | 65 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)61 Order on Application to Compromise Controversy). No. of Notices: 4. Notice Date 07/05/2025. (Admin.) (Entered: 07/06/2025) |

| | | | |
|---|---|---|---|
| 07/05/2025 | 🌐64 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)60 Order on Motion for Miscellaneous Relief). No. of Notices: 6. Notice Date 07/05/2025. (Admin.) (Entered: 07/06/2025) |
| 07/05/2025 | 🌐63 | ☐ | BNC Certificate of Mailing. (related document(s)58 Deficiency Notice). No. of Notices: 1. Notice Date 07/05/2025. (Admin.) (Entered: 07/06/2025) |
| 07/04/2025 | 🌐62 | ☐ | BNC Certificate of Mailing - Hearing. (related document(s)51 Notice of Hearing). No. of Notices: 4. Notice Date 07/04/2025. (Admin.) (Entered: 07/05/2025) |
| 07/03/2025 | 🌐61 | ☑ | Order Approving Trustees Compromise And Settlement With King Parties (related document(s):17 Application to Compromise Controversy with King Plaintiffs, filed by Defendant Roger Schlossberg). (Horning, Kelly) (Entered: 07/03/2025) |
| 07/03/2025 | 🌐60 | ☐ | Order Denying Motion to Strike (related document(s):20 Motion to Strike Debtor's Objection to Trustee's Motion for Approval of Proposed Compromise and Settlement with King Plaintiffs filed by Defendant Roger Schlossberg). (Horning, Kelly) (Entered: 07/03/2025) |
| 07/03/2025 | 🌐59 | ☐ | ORAL RULING GIVEN (related document(s)17 Application to Compromise Controversy filed by Defendant Roger Schlossberg, 19 Objection filed by Debtor Gregory B. Myers, 20 Motion for Miscellaneous Relief filed by Defendant Roger Schlossberg, 22 Support Document filed by Debtor Gregory B. Myers, 23 Response filed by Debtor Gregory B. Myers, 24 Response filed by Defendant Roger Schlossberg) - Trustees settlement motion granted and Trustees counsel will prepare the order granting the motion. Debtors objections to claims overruled as moot and Court will prepare the order overruling the objections. (Whitfield, Jennifer) (Entered: 07/03/2025) |
| 07/03/2025 | 🌐58 | ☐ | Deficiency Notice (related document(s)57 Second Motion to Disqualify Judge Maria Elena Chavez-Ruark filed by Debtor Gregory B. Myers). Cured Pleading (Proposed Order) due by 7/17/2025. (Arter, Laurie) (Entered: 07/03/2025) |
| 07/03/2025 | 🌐57 | ☐ | Second Motion to Disqualify Judge Maria Elena Chavez-Ruark Filed by Gregory B. Myers . (Attachments: # 1 Copy of Third Party Complaint and Demand for Trial by Jury) (Arter, Laurie) (Entered: 07/03/2025) |
| 07/03/2025 | 🌐56 | ☐ | Supplemental Objection on behalf of Gregory B. Myers Filed by Gregory B. Myers (related document(s)17 Application to Compromise Controversy filed by Defendant Roger Schlossberg, 19 Objection filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 07/03/2025) |
| 07/02/2025 | 🌐55 | ☐ | BNC Certificate of Mailing. (related document(s)48 Deficiency Notice). No. of Notices: 1. Notice Date 07/02/2025. (Admin.) (Entered: 07/03/2025) |
| 07/02/2025 | 🌐54 | ☐ | BNC Certificate of Mailing. (related document(s)46 Deficiency Notice). No. of Notices: 1. Notice Date 07/02/2025. (Admin.) (Entered: 07/03/2025) |
| 07/02/2025 | 🌐53 | ☐ | BNC Certificate of Mailing. (related document(s)44 Deficiency Notice). No. of Notices: 1. Notice Date 07/02/2025. (Admin.) (Entered: 07/03/2025) |
| 07/02/2025 | 🌐51 | ☐ | Notice of ORAL RULING (related document(s)17 Application to Compromise Controversy filed by Defendant Roger Schlossberg, 19 Objection filed by Debtor Gregory B. Myers, 20 Motion for Miscellaneous Relief filed by Defendant Roger Schlossberg, 22 Support Document filed by Debtor Gregory B. Myers, 23 Response filed by Debtor Gregory B. Myers, 24 Response filed by Defendant Roger Schlossberg). Hearing scheduled for 7/3/2025 at 10:00 AM. Virtual hearing - For hearing access information see www.mdb.uscourts.gov/hearings or call 410-962-2688. (Whitfield, Jennifer) (Entered: 07/02/2025) |
| 07/01/2025 | 🌐52 | ☐ | Hearing Held (related document(s)17 Application to Compromise Controversy filed by Defendant Roger Schlossberg, 19 Objection filed by Debtor Gregory B. Myers, 20 Motion for Miscellaneous Relief filed by Defendant Roger Schlossberg, 22 Support Document filed by Debtor Gregory B. Myers, 23 Response filed by Debtor Gregory B. Myers, 24 Response filed by Defendant Roger Schlossberg). (Attachments: # 1 Debtor Ex 1 # 2 Debtor Ex 2 # 3 Debtor Ex 3 # 4 Debtor Ex 4 # 5 Debtor Ex 5 # 6 Debtor Ex 6 # 7 Debtor Ex 7 # 8 Debtor Ex 8 # 9 Debtor Ex 9) - Court will give oral ruling on 7/3/25 at 10:00 a.m. by videoconference. Court will issue hearing notice. (Whitfield, Jennifer) (Entered: 07/02/2025) |
| 07/01/2025 | 🌐50 | ☐ | Notice of Filing by Gregory B. Myers . (Horning, Kelly) (Entered: 07/01/2025) |
| 07/01/2025 | 🌐49 | ☐ | Debtor's Motion to Disqualify Counsel Filed by Gregory B. Myers . (Horning, Kelly) (Entered: 07/01/2025) |
| 07/01/2025 | 🌐 | | Notice of Docketing Record on Appeal to District Court. Civil Case Number: 8:25-cv-02103-TDC (related document(s)37 Notice of Appeal filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 07/01/2025) |
| 06/30/2025 | 🌐48 | ☐ | Deficiency Notice (related document(s)47 Motion to Disqualify Judge Maria Elena Chavez-Ruark filed by Debtor Gregory B. Myers). Cured Pleading (Proposed Order) due by 7/14/2025. (Arter, Laurie) (Entered: 06/30/2025) |
| 06/30/2025 | 🌐47 | ☐ | Motion to Disqualify Judge Maria Elena Chavez-Ruark Filed by Gregory B. Myers . (Attachments: # 1 Exhibit A) (Arter, Laurie) (Entered: 06/30/2025) |
| 06/30/2025 | 🌐46 | ☐ | Deficiency Notice (related document(s)45 Motion to Dismiss Adversary Proceeding filed by Debtor Gregory B. Myers). Cured Pleading (Proposed Order) due by 7/14/2025. (Arter, Laurie) (Entered: 06/30/2025) |
| 06/30/2025 | 🌐44 | ☐ | Deficiency Notice (related document(s)43 Motion to Intervene filed by Debtor Gregory B. Myers). Cured Pleading (Proposed Order) due by 7/14/2025. (Arter, Laurie) (Entered: 06/30/2025) |

| 06/28/2025 | 42 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)39 Notice). No. of Notices: 4. Notice Date 06/28/2025. (Admin.) (Entered: 06/29/2025) |
| 06/28/2025 | 41 | ☐ | BNC Certificate of Mailing. (related document(s)38 Deficiency Notice). No. of Notices: 1. Notice Date 06/28/2025. (Admin.) (Entered: 06/29/2025) |
| 06/27/2025 | 45 | ☐ | Motion to Dismiss Adversary Proceeding for Failure to Join Indispensable Party Filed by Gregory B. Myers . (Attachments: # 1 Exhibit A # 2 Exhibit B) (Arter, Laurie) (Entered: 06/30/2025) |
| 06/27/2025 | 43 | ☐ | Motion to Intervene Filed by Gregory B. Myers . (Arter, Laurie) Additional attachment(s) added on 7/3/2025 (Arter, Laurie). Modified on 7/3/2025. Clerk's Note: Third party complaint filed 7/2/2025 attached to docket entry. (Arter, Laurie). (Entered: 06/30/2025) |
| 06/26/2025 | 40 | ☐ | Initial Transmittal to District Court (related document(s)37 Notice of Appeal filed by Debtor Gregory B. Myers). (Attachments: # 1 Order to Show Cause why Case Should not be Dismissed for Want of Prosecution # 2 Order Granting Stipulation and Motion to Extend Time # 3 Scheduling Order # 4 Memorandum to Parties # 5 Notice of Evidentiary Hearing # 6 Order Dissolving Show Cause Order After Response # 7 Notice of Evidentiary Hearing # 8 Docket Report) (Arter, Laurie) (Entered: 06/26/2025) |
| 06/26/2025 | 39 | ☐ | Notice of Filing of Appeal to the U.S. District Court (related document(s)37 Notice of Appeal filed by Debtor Gregory B. Myers). (Arter, Laurie) (Entered: 06/26/2025) |
| 06/26/2025 | 38 | ☐ | Deficiency Notice (related document(s)37 Notice of Appeal filed by Debtor Gregory B. Myers). Cured Pleading (Filing Fee) due by 7/10/2025. (Arter, Laurie) (Entered: 06/26/2025) |
| 06/25/2025 | 37 | ☐ | Notice of Appeal to District Court Filed by Gregory B. Myers. Receipt Number Fee Due, Fee Amount $298 (related document(s)4 Order to Show Cause, 7 Order on Motion to Extend Time, 15 Scheduling Order, 27 Memorandum, 29 Notice of Hearing, 32 Order Dissolving Show Cause Order, 33 Notice of Hearing). Appellant Designation due by 7/9/2025. (Arter, Laurie) (Entered: 06/26/2025) |
| 06/25/2025 | 36 | ☐ | Trustee's Exhibit and Witness Lists for Hearing on Trustee's Motion for Approval of Proposed Compromise and Settlement with King Plaintiffs Filed by Frank J. Mastro (related document(s)17 Application to Compromise Controversy with King Plaintiffs, filed by Defendant Roger Schlossberg, 19 Objection filed by Debtor Gregory B. Myers, 22 Support Document filed by Debtor Gregory B. Myers). (Attachments: # 1 Exhibit 1 - Operating Agreement # 2 Exhibit 2 - Letter # 3 Exhibit 3 - Appraisal # 4 Exhibit 4 - MOU # 5 Exhibit 5 - Emails Jan. 2017 # 6 Exhibit 6 - Emails Oct. 2016 # 7 Exhibit 7 - Emails Nov. 2016 # 8 Exhibit 8 - Email Dec. 2016 # 9 Exhibit 9 - Redfin # 10 Exhibit 10 - Order # 11 Exhibit 11 - Memorandum Opinion) (Mastro, Frank). Modified on 6/26/2025. Text enhanced to include a descriptive title; Related documents corrected (Arter, Laurie). (Entered: 06/25/2025) |
| 05/16/2025 | 35 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)32 Order Dissolving Show Cause Order). No. of Notices: 4. Notice Date 05/16/2025. (Admin.) (Entered: 05/17/2025) |
| 05/16/2025 | 34 | ☐ | BNC Certificate of Mailing - Hearing. (related document(s)33 Notice of Hearing). No. of Notices: 4. Notice Date 05/16/2025. (Admin.) (Entered: 05/17/2025) |
| 05/14/2025 | 33 | ☐ | Notice of Evidentiary Hearing (related document(s)20 Motion for Miscellaneous Relief filed by Defendant Roger Schlossberg, 23 Response filed by Debtor Gregory B. Myers, 24 Response filed by Defendant Roger Schlossberg). Hearing scheduled for 6/30/2025 at 10:00 AM & 7/1/2025 at 10:00 AM - In person hearing Courtroom 3-C Greenbelt, Judge Chavez-Ruark. (Whitfield, Jennifer) (Entered: 05/14/2025) |
| 05/14/2025 | 32 | ☐ | Order Dissolving Show Cause Order After Response (related document(s)4 Order to Show Cause). (Arter, Laurie) (Entered: 05/14/2025) |
| 05/10/2025 | 31 | ☐ | BNC Certificate of Mailing - Hearing. (related document(s)29 Notice of Hearing). No. of Notices: 4. Notice Date 05/10/2025. (Admin.) (Entered: 05/11/2025) |
| 05/08/2025 | 30 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)27 Memorandum). No. of Notices: 4. Notice Date 05/08/2025. (Admin.) (Entered: 05/09/2025) |
| 05/08/2025 | 29 | ☐ | Notice of Evidentiary Hearing (related document(s)17 Application to Compromise Controversy filed by Defendant Roger Schlossberg, 19 Objection filed by Debtor Gregory B. Myers, 22 Support Document filed by Debtor Gregory B. Myers). Hearing scheduled for 6/30/2025 at 10:00 AM & 7/1/2025 at 10:00 AM. In person hearing Courtroom 3-C Greenbelt, Judge Chavez-Ruark. (Whitfield, Jennifer) (Entered: 05/08/2025) |
| 05/07/2025 | 28 | ☐ | Status Conference Held (related document(s)1 Complaint filed by Plaintiff Brian King, Plaintiff Cristina King, Plaintiff Cristina and Brian King Children's Trust, 13 Answer to Complaint filed by Defendant Roger Schlossberg) - Evidentiary hearing on settlement motion and claim objections to be held on 6/30/25 and 7/1/25 beginning at 10:00 a.m. both days (in person hearing). Court will issue a hearing notice. (Whitfield, Jennifer) (Entered: 05/08/2025) |
| 05/06/2025 | 27 | ☐ | Memorandum to Parties. (Alexander, Lisa) (Entered: 05/06/2025) |
| 04/03/2025 | 26 | ☐ | Response on behalf of Roger Schlossberg Filed by Frank J. Mastro (related document(s)25 Document filed by Debtor Gregory B. Myers). (Attachments: # 1 Exhibit # 2 Exhibit # 3 Mailing Information) (Mastro, Frank) (Entered: 04/03/2025) |
| 03/06/2025 | 25 | ☐ | Suggestion of Bankruptcy and Request to Stay all Further Proceedings Filed by Gregory B. Myers (related document(s)1 Complaint filed by Plaintiff Brian King, Plaintiff Cristina King, Plaintiff Cristina and Brian King Children's Trust). (Arter, Laurie) (Entered: 03/07/2025) |

| Date | Doc # | | Description |
|---|---|---|---|
| 02/27/2025 | ⚫24 | ☐ | Response on behalf of Roger Schlossberg Filed by Frank J. Mastro (related document(s)23 Response filed by Debtor Gregory B. Myers, 20 Motion to Strike Debtor's Objection to Trustee's Motion for Approval of Proposed Compromise and Settlement with King Plaintiffs filed by Defendant Roger Schlossberg). (Attachments: # 1 Mailing Information) (Mastro, Frank). Modified on 2/27/2025. Additional related document added. (Arter, Laurie). (Entered: 02/27/2025) |
| 02/24/2025 | ⚫23 | ☐ | Response on behalf of Gregory B. Myers Filed by Gregory B. Myers (related document(s)20 Motion to Strike Debtor's Objection to Trustee's Motion for Approval of Proposed Compromise and Settlement with King Plaintiffs filed by Defendant Roger Schlossberg). (Horning, Kelly) (Entered: 02/25/2025) |
| 02/04/2025 | ⚫22 | ☐ | Supplement to Gregory B. Myers's Preliminary Objection to the Trustee's Motion for Approval of Proposed Compromise and Settlement with King Plaintiffs Filed by Gregory B. Myers (related document(s)17 Application to Compromise Controversy filed by Defendant Roger Schlossberg, 19 Objection filed by Debtor Gregory B. Myers). (Attachments: # 1 Exhibit H # 2 Exhibit I) (Arter, Laurie) (Entered: 02/05/2025) |
| 02/04/2025 | ⚫21 | ☐ | DISREGARD; SEE 22 FOR CORRECTION. Supplement to Gregory B. Myers's Preliminary Objection to the Trustee's Motion for Approval of Proposed Compromise and Settlement with King Plaintiffs Filed by Gregory B. Myers (related document(s)17 Application to Compromise Controversy filed by Defendant Roger Schlossberg, 19 Objection filed by Debtor Gregory B. Myers). (Attachments: # 1 Exhibit) (Arter, Laurie) Modified on 2/5/2025 (Arter, Laurie). (Entered: 02/05/2025) |
| 01/31/2025 | ⚫20 | ☐ | Motion *to Strike Debtor's Objection to Trustee's Motion for Approval of Proposed Compromise and Settlement with King Plaintiffs* Filed by Roger Schlossberg.(related document(s) 19 Objection filed by Debtor Gregory B. Myers) (Attachments: # 1 CMECF Mailing Information # 2 Proposed Order) (Mastro, Frank). Modified on 2/3/2025. Related document added. (Arter, Laurie). (Entered: 01/31/2025) |
| 01/21/2025 | ⚫19 | ☐ | Preliminary Objection to the Trustee's Motion for Approval of Proposed Compromise and Settlement with King Plaintiffs on behalf of Gregory B. Myers Filed by Gregory B. Myers (related document(s)17 Application to Compromise Controversy filed by Defendant Roger Schlossberg). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G) (Arter, Laurie) (Entered: 01/24/2025) |
| 01/21/2025 | ⚫18 | ☐ | DISREGARD; SEE 19 FOR CORRECTION. Objection on behalf of Gregory B. Myers Filed by Gregory B. Meyers (related document(s)17 Application to Compromise Controversy filed by Defendant Roger Schlossberg). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 and Exhibit G # 8) (Hegerle, Robert) Additional attachment(s) added on 1/22/2025 (Arter, Laurie). Modified on 1/22/2025. Corrected spelling of debtor's first name. (Arter, Laurie). (Attachment 9 replaced on 1/23/2025) (Hegerle, Robert). Additional attachment(s) added on 1/23/2025 (Hegerle, Robert). Modified on 1/23/2025 Corrective Entry: Broke down and refiled additional exhibits. (Hegerle, Robert). Modified on 1/23/2025 (Hegerle, Robert). Modified on 1/24/2025 (Arter, Laurie). (Entered: 01/22/2025) |
| 12/30/2024 | ⚫17 | ☐ | Application to Compromise Controversy with King Plaintiffs, Filed by Roger Schlossberg. (Attachments: # 1 Notice of Motion # 2 Proposed Order # 3 Certificate of Service # 4 Certificate of Service # 5 List of All Creditors) (Mastro, Frank) (Entered: 12/30/2024) |
| 04/28/2024 | ⚫16 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)15 Scheduling Order). No. of Notices: 3. Notice Date 04/28/2024. (Admin.) (Entered: 04/29/2024) |
| 04/26/2024 | ⚫15 | ☐ | Scheduling Order (related document(s)1 Complaint filed by Plaintiff Brian King, Plaintiff Cristina King, Plaintiff Cristina and Brian King Children's Trust, 13 Answer to Complaint filed by Defendant Roger Schlossberg). Expert Witness and Reports due by 8/30/2024. Discovery due by 10/31/2024. Dispositive Motions due by 1/31/2025. Exhibit List, Exhibits, and List of Witnesses due by 3/31/2025. Counter-Designation due by 4/14/2025. Written Objections to Exhibits due by 4/29/2025. Pre-Trial Memoranda due by 4/29/2025. Final Pre-Trial Conference set for 5/7/2025 at 10:00 AM by videoconference or teleconference. For hearing access information see www.mdb.uscourts.gov/hearings or call 410-962-2688. Trial date-1 set for 5/12/2025 at 10:00 AM in person at 6500 Cherrywood Lane, Courtroom 3C, Greenbelt, MD 20770. Trial date-2 set for 5/13/2025 at 10:00 AM in person at 6500 Cherrywood Lane, Courtroom 3C, Greenbelt, MD 20770. (Arter, Laurie) (Entered: 04/26/2024) |
| 04/19/2024 | ⚫14 | ☐ | General Provisions Governing Discovery - *Joint Rule 26(f) Report* Filed by Frank J. Mastro (related document(s)1 Complaint filed by Plaintiff Brian King, Plaintiff Cristina King, Plaintiff Cristina and Brian King Children's Trust). (Mastro, Frank) (Entered: 04/19/2024) |
| 04/15/2024 | ⚫13 | ☐ | Answer to Complaint Filed by Roger Schlossberg. (Mastro, Frank) (Entered: 04/15/2024) |
| 03/20/2024 | ⚫12 | ☐ | Affidavit of Summons Service Executed on Roger Schlossberg 3/10/2024. (VerStandig, Maurice) (Entered: 03/20/2024) |
| 03/15/2024 | ⚫11 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)9 Court Instruction). No. of Notices: 3. Notice Date 03/15/2024. (Admin.) (Entered: 03/16/2024) |
| 03/14/2024 | ⚫10 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)7 Order on Motion to Extend Time). No. of Notices: 4. Notice Date 03/14/2024. (Admin.) (Entered: 03/15/2024) |
| 03/13/2024 | ⚫9 | ☐ | Court Instruction: The Court has considered the plaintiffs' response to the show cause order and welcomes the parties' settlement discussions. However, this does not excuse the plaintiffs from filing proof of service under Bankruptcy Rule 7004(e) and Local Bankruptcy Rule 7004-1. The plaintiffs are directed to file proof of service by March 20, 2024. (related document(s)4 Order to Show Cause, 8 Response to Show Cause Order filed by Plaintiff Brian King, Plaintiff Cristina King, Plaintiff Cristina and Brian King Children's Trust). (Arter, Laurie) (Entered: 03/13/2024) |
| 03/12/2024 | ⚫8 | ☐ | Response to Show Cause Order on behalf of Cristina and Brian King Children's Trust, Brian King, Cristina King Filed by Maurice Belmont VerStandig (related document(s)4 Order to Show Cause). (VerStandig, Maurice) (Entered: 03/12/2024) |

| 03/12/2024 | ● | | Roger Schlossberg Answer Deadline Reset for 4/15/2024. (Arter, Laurie) (Entered: 03/12/2024) |
|---|---|---|---|
| 03/12/2024 | ●7 | ☐ | Order Granting Stipulation and Motion to Extend Time (related document(s): 6 Stipulation and Motion to Extend Time to File an Answer to the Complaint Filed by Plaintiff Brian King, Plaintiff Cristina King, Plaintiff Cristina and Brian King Children's Trust). The date for the defendant to file a response is extended through and including 4/15/2024. The pretrial conference is rescheduled to 4/24/2024 at 10:00 a.m. by videoconference. (Arter, Laurie) (Entered: 03/12/2024) |
| 03/10/2024 | ●6 | ☐ | Stipulation and Motion to Extend Time to File an Answer to the Complaint Through and Including April 15, 2024 Filed by Cristina and Brian King Children's Trust, Brian King, Cristina King. (Attachments: # 1 Proposed Order) (VerStandig, Maurice) Modified on 3/11/2024. Text enhanced to include a descriptive title. (Arter, Laurie). (Entered: 03/10/2024) |
| 02/29/2024 | ●5 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)4 Order to Show Cause). No. of Notices: 3. Notice Date 02/29/2024. (Admin.) (Entered: 03/01/2024) |
| 02/27/2024 | ●4 | ☐ | SHOW CAUSE ORDER DISSOLVED AT 32. Order to Show Cause why Case Should not be Dismissed for Want of Prosecution. Response to Show Cause Order due by 3/12/2024. (Arter, Laurie)Modified on 5/14/2025 (Arter, Laurie). (Entered: 02/27/2024) |
| 01/18/2024 | ●3 | ☐ | BNC Certificate of Mailing. (related document(s)2 Summons Issued). No. of Notices: 3. Notice Date 01/18/2024. (Admin.) (Entered: 01/19/2024) |
| 01/16/2024 | ●2 | ☐ | Summons Issued on Roger Schlossberg Date Issued 1/16/2024, Answer Due 2/15/2024 (related document(s)1 Complaint filed by Plaintiff Brian King, Plaintiff Cristina King, Plaintiff Cristina and Brian King Children's Trust). Pre-Trial Conference set for 3/13/2024 at 10:00 AM by videoconference or teleconference. For hearing access information see www.mdb.uscourts.gov/hearings or call 410-962-2688. (Arter, Laurie) (Entered: 01/16/2024) |
| 01/10/2024 | | | Receipt of filing fee for Complaint( 24-00007) [cmp,cmp] ( 350.00). Receipt number A41696021. Fee amount 350.00 (re: Doc # 1) (U.S. Treasury) (Entered: 01/10/2024) |
| 01/10/2024 | ●1 | ☐ | Adversary case 24-00007. (91 (Declaratory judgment)) Complaint by Maurice Belmont VerStandig on behalf of Brian King, Cristina King, Cristina and Brian King Children's Trust against Roger Schlossberg. Fee Amount $350. (VerStandig, Maurice) Modified on 1/22/2025. Corrected spelling of debtor's first name. (Arter, Laurie). (Entered: 01/10/2024) |

View Selected

or

Download Selected