# Exhibit B

Entered: July 18th, 2025
Signed: July 18th, 2025

## DENIED

The Court has ruled on the motion for stay pending appeal. Therefore, the motion to shorten time is denied as moot.



*Maria Ellena Chavez-Ruark*

**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

In re:

GREGORY B. MYERS,

    Debtor.

BRIAN KING, et al.,

    Plaintiffs,

v.

ROGER SCHLOSSBERG, Trustee,

    Defendant.

Case No. 15-26033-MCR
(Chapter 7)

Adv. No. 24-00007

## ORDER GRANTING MOTION TO SHORTEN TIME TO RESPOND TO
## EMERGENCY MOTION FOR STAY PENDING APPEAL
### (Requesting Shortened Period of Wednesday, July 16, 2025 at 3:00 p.m.)

1

Upon consideration of the Debtor's Motion To Shorten Time To Respond To Emergency Motion For Stay Pending Appeal (the "Motion"): any opposition thereto. the record herein. and applicable law. it is. by the United States Bankruptcy Court for the District of Maryland. hereby:

**ORDERED**. that the Motion be. and hereby is. **GRANTED**

Copies:

Frank J. Mastro. Esq.
Schlossberg Mastro
P.O. Box 2067
Hagerstown. Maryland 21742
Email: fmastro@schlosslaw.com

Maurice B. VerStanding. Esq.
The VerStanding Law Firm. LLC
1452 W. Horizon Ridge Pkwy. #665
Henderson. Nevada 89012
Email: mac@mbvesq.com

Gregory Myers
700 Gulf Shore Blvd. N
Naples. Florida 34102
Email: gregbmyers@verizon.net