Entered: July 18th, 2025
Signed: July 18th, 2025

**DENIED**

The Court has ruled on the motion for stay pending appeal.
Therefore, the motion to shorten time is denied as moot.



_Maria Ellena Chavez-Ruark_
**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:

GREGORY B. MYERS,

    Debtor.

_____

BRIAN KING, _et al.,_

    Plaintiffs,

v.

ROGER SCHLOSSBERG, Trustee,

    Defendant.

_____/

Case No.  15-26033-MCR
(Chapter 7)

Adv. No. 24-00007

**ORDER GRANTING MOTION TO SHORTEN TIME TO RESPOND TO
EMERGENCY MOTION FOR STAY PENDING APPEAL**
(Requesting Shortened Period of Wednesday, July 16, 2025 at 3:00 p.m.)

1

Upon consideration of the Debtor's Motion To Shorten Time To Respond To Emergency Motion For Stay Pending Appeal (the "Motion"); any opposition thereto, the record herein, and applicable law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

**ORDERED**, that the Motion be, and hereby is, **GRANTED**



Copies:

Frank J. Mastro, Esq.
Schlossberg Mastro
P.O. Box 2067
Hagerstown, Maryland 21742
Email: fmastro@schlosslaw.com

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Email: mac@mbvesq.com

Gregory Myers
700 Gulf Shore Blvd. N
Naples, Florida 34102
Email: gregbmyers@verizon.net