# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

GREGORY B. MYERS,

    Appellant,

    v.

ROGER SCHLOSSBERG,
BRIAN KING,
CRISTINA AND BRIAN KING
CHILDREN'S TRUST,
CRISTINA KING,

    Appellees.

Civil Action Nos. 25-2103-TDC
25-2337-TDC
25-2635-TDC

## ORDER

Pursuant to the Court's October 7, 2025 Order, the parties have filed Notices stating whether they object to consolidating the five bankruptcy appeals pending before the Court. Neither Party has objected to consolidating Case Nos. 25-2103-TDC, 25-2337-TDC, and 25-2635-TDC. Accordingly, it is hereby ORDERED that:

1.  Cases Nos. 25-2103-TDC, 25-2337-TDC, and 25-2635-TDC are consolidated.

2.  Case No. 25-2103-TDC is designated as the lead case.

3.  The parties shall brief these three cases together on the schedule established for Case No. 25-2103-TDC.

Date: October **23**, 2025

THEODORE D. CHUANG
United States District Judge

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

GREGORY B. MYERS,

    Appellant,

    v.

ROGER SCHLOSSBERG,
BRIAN KING,
CRISTINA AND BRIAN KING
CHILDREN'S TRUST,
CRISTINA KING,

    Appellees.

Civil Action Nos. 25-2103-TDC
25-2337-TDC
25-2635-TDC

## ORDER

Pursuant to the Court's October 7, 2025 Order, the parties have filed Notices stating whether they object to consolidating the five bankruptcy appeals pending before the Court. Neither Party has objected to consolidating Case Nos. 25-2103-TDC, 25-2337-TDC, and 25-2635-TDC. Accordingly, it is hereby ORDERED that:

1. Cases Nos. 25-2103-TDC, 25-2337-TDC, and 25-2635-TDC are consolidated.

2. Case No. 25-2103-TDC is designated as the lead case.

3. The parties shall brief these three cases together on the schedule established for Case No. 25-2103-TDC.

Date: October 23, 2025

THEODORE D. CHUANG
United States District Judge

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

GREGORY B. MYERS,

    Appellant,

    v.

ROGER SCHLOSSBERG,
BRIAN KING,
CRISTINA AND BRIAN KING
CHILDREN'S TRUST,
CRISTINA KING,

    Appellees.

Civil Action Nos. 25-2103-TDC
25-2337-TDC
25-2635-TDC

## ORDER

Pursuant to the Court's October 7, 2025 Order, the parties have filed Notices stating whether they object to consolidating the five bankruptcy appeals pending before the Court. Neither Party has objected to consolidating Case Nos. 25-2103-TDC, 25-2337-TDC, and 25-2635-TDC. Accordingly, it is hereby ORDERED that:

1. Cases Nos. 25-2103-TDC, 25-2337-TDC, and 25-2635-TDC are consolidated.

2. Case No. 25-2103-TDC is designated as the lead case.

3. The parties shall brief these three cases together on the schedule established for Case No. 25-2103-TDC.

Date: October 23, 2025

THEODORE D. CHUANG
United States District Judge