Entered: April 15th, 2026
Signed: April 14th, 2026

**SO ORDERED**

For the reasons stated in the Trustee's opposition at Dkt. No. 69,
the motion is denied.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | ) | |
| GREGORY B. MYERS, | ) | Case No. 15-26033-MCR |
| | ) | |
| Debtor. | ) | (Chapter 7) |
| | ) | |
| | ) | |
| BRIAN KING, *et al*., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. No.:  24-00007 |
| | ) | |
| ROGER SCHLOSSBERG, TRUSTEE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER DENYING MOTION TO DISMISS
FOR FAILURE TO JOIN INDISPENSABLE PARTY**

Upon consideration of the *Motion to Dismiss for Failure to Join Indispensable Party* (the

"*Motion*"), [Dkt. #45], filed by the Debtor, Gregory B. Myers, the opposition thereto filed by

Roger Schlossberg, the Chapter 7 Trustee herein, any other opposition or reply memoranda filed

in connection with the *Motion*, and this Court being fully advised, it is hereby

**ORDERED**, that the *Motion* be, and the same hereby is, **DENIED**.

**END OF ORDER**

cc:    Roger Schlossberg, Esq.
       Frank J. Mastro, Esq.
       Maurice B. Verstandig, Esq.
       Gregory B. Myers, Debtor
       All persons requesting notice