Entered: April 15th, 2026
Signed: April 14th, 2026

## SO ORDERED

For the reasons stated in the Trustee's opposition at Dkt. No. 72, the motion is denied.



Maria Ellena Chavez-Ruark
**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: ) | |
| GREGORY B. MYERS, ) | Case No. 15-26033-MCR |
| ) | |
| Debtor. ) | (Chapter 7) |
| ) | |
| ) | |
| BRIAN KING, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Adv. No.: 24-00007 |
| ) | |
| ROGER SCHLOSSBERG, TRUSTEE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER DENYING MOTION TO DISQUALIFY JUDGE

Upon consideration of the *Motion to Disqualify Judge Maria Ellena Chavez-Ruark* (the "*Motion*"), [Dkt. #47], filed herein by the Debtor, Gregory B. Myers, the opposition thereto filed by Roger Schlossberg, the Chapter 7 Trustee herein, any other opposition or reply memoranda filed in connection with the *Motion*, and this Court being fully advised, it is hereby

**ORDERED**, that the *Motion* be, and the same hereby is, **DENIED**.

**END OF ORDER**

cc:     Roger Schlossberg, Esq.
        Frank J. Mastro, Esq.
        Maurice B. Verstandig, Esq.
        Gregory B. Myers, Debtor
        All persons requesting notice