**SO ORDERED**

The Court denied the Debtor's motion to intervene. Therefore, the Debtor's motion for summary judgment is denied.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | ) | |
| GREGORY B. MYERS, | ) | Case No. 15-26033-MCR |
| | ) | |
| Debtor. | ) | (Chapter 7) |
| | ) | |
| | ) | |
| BRIAN KING, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. No.: 24-00007 |
| | ) | |
| ROGER SCHLOSSBERG, TRUSTEE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER DENYING MOTION FOR SUMMARY JUDGMENT

Upon consideration of the "*Motion for Final Summary Judgment as to Count I of Third Party Complaint and Demand for Jury Trial*" (the "*Motion*"), [Dkt. #78], filed by the Debtor, Gregory B. Myers, the opposition thereto filed by Roger Schlossberg, the Chapter 7 Trustee herein, any other opposition or reply memoranda filed in connection with the *Motion*, and this Court being fully advised, it is hereby

**ORDERED**, that the *Motion* be, and the same hereby is, **DENIED**.

**END OF ORDER**

cc:     Roger Schlossberg, Esq.
        Frank J. Mastro, Esq.
        Maurice B. VerStandig, Esq.
        Gregory B. Myers, Debtor
        All persons requesting notice