United States Bankruptcy Court

District of Maryland

King,

    Plaintiff

Schlossberg,

    Defendant

Adv. Proc. No. 24-00007-MCR

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 15, 2026 | Form ID: pdfparty | Total Noticed: 5 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gregory B. Myers, 700 Gulf Shore Blvd N., Naples, FL 34102-5325 |
| pla | + | Brian King, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |
| pla | + | Cristina King, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |
| pla | + | Cristina and Brian King Children's Trust, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| dft | + Email/Text: trustee@schlosslaw.com | Apr 15 2026 19:39:00 | Roger Schlossberg, Law firm of Schlossberg Mastro & Scanlan, 18421 Henson Boulevard, Suite 201, PO Box 2067, Hagerstown, MD 21742-2067 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2026          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Frank J. Mastro | fmastro@schlosslaw.com |
| Maurice Belmont VerStandig | |

District/off: 0416-0                      User: admin                                    Page 2 of 2
Date Rcvd: Apr 15, 2026                   Form ID: pdfparty                               Total Noticed: 5

mac@mbvesq.com
lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,versta
ndiglaw@recap.email

TOTAL: 2

District/off: 0416-0                      User: admin                                    Page 2 of 2
Date Rcvd: Apr 15, 2026                   Form ID: pdfparty                               Total Noticed: 5

mac@mbvesq.com
lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,versta
ndiglaw@recap.email

Entered: April 15th, 2026
Signed: April 14th, 2026

**SO ORDERED**

For the reasons stated in the Trustee's opposition at Dkt. No. 74,
the motion is denied.



_Maria Ellena Chavez-Ruark_
_____
**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | ) | |
| GREGORY B. MYERS, | ) | Case No. 15-26033-MCR |
| | ) | |
| Debtor. | ) | (Chapter 7) |
| | ) | |
| | ) | |
| BRIAN KING, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. No.: 24-00007 |
| | ) | |
| ROGER SCHLOSSBERG, TRUSTEE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER DENYING SECOND MOTION TO DISQUALIFY JUDGE**

Upon consideration of the *Second Motion to Disqualify Judge Maria Ellena Chavez-Ruark* (the "*Second Motion*"), [Dkt. #57], filed herein by the Debtor, Gregory B. Myers, the opposition thereto filed by Roger Schlossberg, the Chapter 7 Trustee herein, any other opposition or reply memoranda filed in connection with the *Second Motion*, and this Court being fully advised, it is hereby

**ORDERED**, that the *Second Motion* be, and the same hereby is, **DENIED**.

**END OF ORDER**

cc:    Roger Schlossberg, Esq.
       Frank J. Mastro, Esq.
       Maurice B. Verstandig, Esq.
       Gregory B. Myers, Debtor
       All persons requesting notice