# Exhibit B

Entered: April 15th, 2026
Signed: April 14th, 2026

## SO ORDERED

For the reasons stated in the Trustee's opposition at Dkt. No. 69, the motion is denied.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

|  |  |
|---|---|
| In re:<br>**GREGORY B. MYERS,**<br><br>    Debtor. | )<br>)<br>)<br>)<br>)<br>) |

Case No. 15-26033-MCR

(Chapter 7)

|  |  |
|---|---|
| **BRIAN KING,** *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>**ROGER SCHLOSSBERG, TRUSTEE,**<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Adv. No.: 24-00007

## ORDER DENYING MOTION TO DISMISS
## FOR FAILURE TO JOIN INDISPENSABLE PARTY

Upon consideration of the *Motion to Dismiss for Failure to Join Indispensable Party* (the "*Motion*"), [Dkt. #45], filed by the Debtor, Gregory B. Myers, the opposition thereto filed by Roger Schlossberg, the Chapter 7 Trustee herein, any other opposition or reply memoranda filed in connection with the *Motion*, and this Court being fully advised, it is hereby

**ORDERED**, that the *Motion* be, and the same hereby is, **DENIED**.

**END OF ORDER**

cc:    Roger Schlossberg, Esq.
       Frank J. Mastro, Esq.
       Maurice B. Verstandig, Esq.
       Gregory B. Myers, Debtor
       All persons requesting notice