# Exhibit C

Entered: April 15th, 2026
Signed: April 14th, 2026

**SO ORDERED**

For the reasons stated in the Trustee's opposition at Dkt. No. 72,
the motion is denied.



*Maria Ellena Chavez-Ruark*

**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| In re:<br>GREGORY B. MYERS,<br><br>    Debtor. | )<br>)   Case No. 15-26033-MCR<br>)<br>)   (Chapter 7)<br>) |
| BRIAN KING, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>ROGER SCHLOSSBERG, TRUSTEE,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   Adv. No.: 24-00007<br>)<br>)<br>)<br>)<br>) |

### ORDER DENYING MOTION TO DISQUALIFY JUDGE

Upon consideration of the *Motion to Disqualify Judge Maria Ellena Chavez-Ruark* (the

"*Motion*"), [Dkt. #47], filed herein by the Debtor, Gregory B. Myers, the opposition thereto filed

by Roger Schlossberg, the Chapter 7 Trustee herein, any other opposition or reply memoranda

filed in connection with the *Motion*, and this Court being fully advised, it is hereby

ORDERED, that the *Motion* be, and the same hereby is, **DENIED**.

### END OF ORDER

cc:    Roger Schlossberg, Esq.
        Frank J. Mastro, Esq.
        Maurice B. Verstandig, Esq.
        Gregory B. Myers, Debtor
        All persons requesting notice