# Exhibit F

Entered: April 15th, 2026
Signed: April 14th, 2026

## SO ORDERED

The Court denied the Debtor's motion to intervene. Therefore, the
Debtor's motion for summary judgment is denied.



*Maria Ellena Chavez-Ruark*

**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: | ) |
| GREGORY B. MYERS, | ) Case No. 15-26033-MCR |
| | ) |
| Debtor. | ) (Chapter 7) |
| | ) |
| BRIAN KING, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Adv. No.: 24-00007 |
| | ) |
| ROGER SCHLOSSBERG, TRUSTEE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER DENYING MOTION FOR SUMMARY JUDGMENT

Upon consideration of the *"Motion for Final Summary Judgment as to Count I of Third
Party Complaint and Demand for Jury Trial"* (the *"Motion"*), [Dkt. #78], filed by the Debtor,
Gregory B. Myers, the opposition thereto filed by Roger Schlossberg, the Chapter 7 Trustee
herein, any other opposition or reply memoranda filed in connection with the *Motion*, and this
Court being fully advised, it is hereby

**ORDERED**, that the *Motion* be, and the same hereby is, **DENIED**.

## END OF ORDER

cc:    Roger Schlossberg, Esq.
       Frank J. Mastro, Esq.
       Maurice B. VerStandig, Esq.
       Gregory B. Myers, Debtor
       All persons requesting notice