# UNITED STATES BANKRUPTCY COURT
# TRANSMITTAL SHEET TO UNITED STATES DISTRICT COURT

Transmitted by: Laurie Arter    Phone Number: 301–344–3327    Date: 6/16/26

## *BANKRUPTCY MATTER (answer only one):*

☑ 1. Appeal        ☐ Cross Appeal (if applicable)    Appellant's Designation of Record included:    ☐ yes    ☑ no

    ☐ Initial Transmittal

    ☑ Transmittal of Record on Appeal (USDC Case No. 8:26–cv–02175–TDC)

    ☐ Supplemental Transmittal (reason: )

☐ 2. Motion/Request for Direct Appeal to 4th Circuit USCA

☐ 3. Motion for Leave to Appeal (Interlocutory Appeal)

☐ 4. Motion for Withdrawal of Reference

☐ 5. Findings of Fact and Conclusions of Law (No Objections)

☐ 6. Findings of Fact and Conclusions of Law with Objection

☐ 7. Contempt

☐ 8. Other:

## *RELATED CASE INFORMATION (answer all):*

1. Bankruptcy Case Number: 15–26033    Chapter: 7
2. Adversary Proceeding Number (if applicable): 24–00007
3. U.S. Bankruptcy Judge: Maria Ellena Chavez–Ruark
4. Related U.S. District Court Civil Action Number (if applicable): 17cv01218PX; 17cv01239PX; 17cv02537PX; 17cv02781PX; 17cv03396PX; 17cv03846PX; 17cv03847PX; 18cv03783PX; 18cv01417PX; 18cv01630PX; 18cv02536PX; 18cv00336PX; 18cv02144PX; 19cv00245PX; 19cv03677PX19cv00637PX; 20cv01261PX; 21cv01184GJH; 21cv01185GJH; 21cv01186GJH; 22cv00778GJH; 23cv03511DLB; 8:25cv02042TDC; 8:25cv02338TD; 8:26–cv–02204–DLB
5. Fee Paid:    ☐ yes    ☑ no

6. Additional comments: Appellant Designation was not filed.

## *PARTY INFORMATION (answer all):*

1. Debtor: Gregory B Myers
2. Trustee (if applicable): Roger Schlossberg

Appellant/Movant: Gregory B Myers

Appellant/Movant's Counsel: pro se

Appellee/Respondent: Brian King, Cristina King, Cristina and Brian King Children's Trust, Roger Schlossberg

Appellee/Respondent's Counsel: Maurice Belmnont VerStandig for Brian King and Cristina King and Cristina and Brian King Children's Trust, Frank J. Mastro for Roger Schlossberg

transmdc (07/28/2015) – *LaurieArter*