Entered: December 11th, 2023
Signed: December 10th, 2023

**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:

GREGORY B. MYERS,

      Debtor.

Case Number:  15-26033-MCR
(Chapter 7)

### ORDER DENYING DEBTOR'S MOTION TO STRIKE
### TRUSTEE'S MOTION FOR APPROVAL OF PROPOSED
### COMPROMISE AND SETTLEMENT WITH BRIAN KING, CRISTINA
### KING, AND THE CRISTINA AND BRIAN KING CHILDREN'S TRUST

On February 7, 2023, Roger Schlossberg, the Chapter 7 trustee (the "Trustee") appointed to administer the Chapter 7 bankruptcy estate of Gregory B. Myers (the "Debtor"), filed a Motion for Approval of Proposed Compromise and Settlement With Brian King, Cristina King, and the Cristina and Brian King Children's Trust [Dkt. No. 1005] (the "Settlement Procedure Motion"). The Settlement Procedure Motion seeks to establish a procedural mechanism for resolving litigation pending in state court among Brian King, Cristina King, and the Cristina and Brian King Children's Trust (collectively, the "King Parties"), Serv Trust, and the Trustee (who was named as a nominal defendant).

On February 28, 2023, the Debtor filed a Motion to Dismiss or Strike the Settlement Motion or, in the Alternative, Opposition to the Settlement Motion [Dkt. No. 1010] (the "Motion to Strike").  On March 14, 2023, the Trustee filed an opposition to the Motion to Strike [Dkt. No. 1013], and on July 21, 2023, the Debtor filed a reply in support of the Motion to Strike [Dkt. No. 1020].  The Court has reviewed all of the pleadings and finds that a hearing would not aid the decisional process.

Contemporaneously herewith, the Court is entering a detailed order granting the Settlement Procedure Motion (the "Settlement Procedure Order"), which disposes of all of the arguments raised in the Motion to Strike.  The Court need not make the same findings herein.  Instead, the Court adopts and incorporates the Settlement Procedure Order herein.

For the reasons set forth above and in the Settlement Procedure Order, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion to Strike is denied.

cc:    Debtor – Gregory B. Myers, 750 Gulf Shore Boulevard North, Naples, FL 34102
       Debtor – Gregory B. Myers, 4505 Wetherill Road, Bethesda, MD 20816
       Movant – Roger Schlossberg, Chapter 7 Trustee
       Movant's Counsel – Frank J. Mastro, counsel for Chapter 7 Trustee
       United States Trustee – Lynn A. Kohen
       Other – Barbara Ann Kelly, 750 Gulf Shore Boulevard North, Naples, FL 34102
       Other – Barbara Ann Kelly, 4505 Wetherill Road, Bethesda, MD 20816
       All creditors and other parties in interest

**END OF ORDER**