IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:

GREGORY B. MYERS

               Case No.  15-26033-MCR

    Debtor.               Chapter 7

_____ /

## NOTICE OF APPEAL

Debtor, GREGORY B. MYERS, appeals to the United States District Court for the

District of Maryland from the ORDER OVERRULING CLAIM OBJECTIONS AS MOOT (Doc

1072) entered on July 3, 2025, by the United States Bankruptcy Court for the District of Maryland

in Case No. 15-26033, a copy of which is attached hereto as **Exhibit A**.

The parties to this appeal are as follows:

    Appellant: Gregory B. Myers

    Appellee: Roger Schlossberg, Chapter 7 Trustee

        Counsel:
        Frank J. Mastro
        Roger Schlossberg
        Schlossberg & Mastro
        18421 Henson Blvd., Suite 201
        Hagerstown, MD 21742

    Appellee: Brina King
    Appellee: Cristina King
    Appellee: Cristina and Brian King Children's Trust

        Counsel:
        Maurice B. VerStandig, Esq.
        The VerStandig Law Firm, LLC
        1452 W. Horizon Ridge Pkwy., Suite 665
        Henderson, NV 89012

Dated: July 17, 2025.

1



Gregory B. Myers, *pro se*
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312
gregbmyers@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 17, 2025, a copy of the foregoing was furnished to the

following parties:

Roger Schlossberg
Frank J. Mastro
P.O. Box 2017
Hagerstown, MD 21742-2017

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy., Suite 665
Henderson, NV 89012

Gregory B. Myers, *pro se*

2