

### UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND
#### OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk of Court
David E. Ciambruschini, Chief Deputy

Reply to Southern Division Address

July 1, 2026

RE:    Myers v. King et al
U.S. Bankruptcy Court Case no.  24-00007
U.S. District Court Case no. 8:26-cv-02175-TDC

Dear Counsel/Party:

The Designation of Record for the above-captioned bankruptcy appeal was docketed on June 26, 2026.  Briefs must be filed and served in accordance with Bankruptcy Rule 8018.  Appellant's brief is due within thirty (30) days from the date the Designation of Record is docketed.

The case is subject to this Court's electronic filing requirements and procedures.

☐    You are not a registered District Court CM/ECF user.  To register, go to the Court's web site: www.mdd.uscourts.gov and fill in the on-line registration form.  Information about electronic filing procedures and requirements is available on the web site.  Any documents submitted for filing in paper format may be returned to you.  The Court does not mail paper copies of orders and other documents which are filed electronically.

☒    **One or more of the parties in this case is not represented by counsel ("*pro se*").  *Pro se* parties are to file and serve documents in paper format.  The court will scan and electronically file any documents submitted by a *pro se* party unless a particular document is exempt from electronic filing.  The scanned document shall constitute the official court record.  The court will mail paper copies of any orders or other documents entered by the court to any *pro se* party.  Counsel shall file electronically with the court and serve paper copies of all documents on any *pro se* party. Documents filed electronically must include a certificate of service stating when and how a paper copy was served on any *pro se* party.**

Sincerely yours,

_____/s/_____
Catherine M. Stavlas, Clerk

cc:    All counsel/parties

Bankruptcy Letter to Counsel (Rev. 04/2015)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**