**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

GREGORY B. MYERS,

    Appellant,

    v.

BRIAN KING,
CRISTINA KING,
CRISTINA AND BRIAN KING
CHILDREN'S TRUST and
ROGER SCHLOSSBERG,

    Appellees.

Civil Action No. 26-2175-TDC

**ORDER**

Appellant Gregory B. Myers has filed a response to the Court's Order to show cause for his failure to timely file and serve the designation and statement required pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(1)(B). ECF No. 6. Myers subsequently filed the required designation and statement. Upon review of Myers's response, the Court will accept Myers's untimely designation and statement. Accordingly, it is hereby ORDERED that pursuant to Federal Rule of Bankruptcy Procedure 8018, Myers must file and serve his opening brief by **July 26, 2026**, which is 30 days after the Designation of Record was docketed.

Date: July **2**, 2026

THEODORE D. CHUANG
United States District Judge