CLERK, UNITED STATES DISTRICT COURT
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201-2691
www.mdd.uscourts.gov

OFFICIAL BUSINESS



$0.740
US POSTAGE IMI
FIRST-CLASS
063S0001443248
FROM 21201

Gregory B. Myers
700 Gulf Shore Blvd. N.
Naples, FL 34102

NIXIE        559   DE 1          0007/18/26

        RETURN TO SENDER
          UNCLAIMED
       UNABLE TO FORWARD

BC: 21201260599      *2474-05356-18-34

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY
KB JUL 2 4 2026

_____ FILED
_____ LOGGED _____ ENTERED
_____ RECEIVED



**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                          DEPUTY
      K⊘  JUL 2 4 2026

_____ FILED      _____ ENTERED
_____ LOGGED    _____ RECEIVED

GREGORY B. MYERS,

    Appellant,

    v.

BRIAN KING,
CRISTINA KING,
CRISTINA AND BRIAN KING
CHILDREN'S TRUST and
ROGER SCHLOSSBERG,

    Appellees.

Civil Action No. 26-2175-TDC

## ORDER

On June 2, 2026, Appellant Gregory B. Myers filed a Notice of Appeal from the Bankruptcy Court. ECF No. 1. Federal Rule of Bankruptcy Procedure 8009(a)(1)(B) requires that an appellant "file and serve the designation and statement" within 14 days after the Notice of Appeal becomes effective. If the appellant fails to do so, the Bankruptcy Clerk transmits a partial record of appeal to the Clerk of the District Court. D. Md. Local R. 404.2. On June 16, 2026, the Bankruptcy Clerk transmitted the partial record. ECF No. 4. To date, Myers has not filed the required designation and statement.

Accordingly, it is hereby ORDERED that within **7 days** of the date of this Order, Myers must submit the designation and statement to the Court and show cause for the prolonged delay in filing those documents, as well as request that the Court accept the late filing. If Myers fails to do so, the appeal may be dismissed without further notice.

Date: June 18, 2026



THEODORE D. CHUANG
United States District Judge