CLERK, UNITED STATES DISTRICT COURT
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201-2691

OFFICIAL BUSINESS

$0.740
US POSTAGE IMI
FIRST-CLASS
063S0001443342
FROM 21201

B89508 25

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY
DEPUTY

JUL 24 2026

_____ FILED        _____ ENTERED
_____ LOGGED       _____ RECEIVED

Gregory B. Myers
700 Gulf Shore Blvd. N.
Naples, FL 34102

NIXIE        339    5E 1        0207/18/26
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
BC: 21201260599    *0627-00154-03-41

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

GREGORY B. MYERS,

    Appellant,

    v.

BRIAN KING,
CRISTINA KING,
CRISTINA AND BRIAN KING
CHILDREN'S TRUST and
ROGER SCHLOSSBERG,

    Appellees.

Civil Action No. 26-2175-TDC

**ORDER**

Appellant Gregory B. Myers has filed a response to the Court's Order to show cause for his failure to timely file and serve the designation and statement required pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(1)(B).  ECF No. 6.  Myers subsequently filed the required designation and statement.  Upon review of Myers's response, the Court will accept Myers's untimely designation and statement.  Accordingly, it is hereby ORDERED that pursuant to Federal Rule of Bankruptcy Procedure 8018, Myers must file and serve his opening brief by **July 26, 2026**, which is 30 days after the Designation of Record was docketed.

Date: July **2**, 2026

THEODORE D. CHUANG
United States District Judge