Case No.: 8:26-cv-02175-TDC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

GREGORY B. MYERS,

*Appellant*,

v.

ROGER SCHLOSSBERG, ET AL.,

*Appellees*.

Appeal from the United States Bankruptcy Court
for the District of Maryland
Adv. Case No. 24-00007
Bk. Case No.: 15-26033

## APPENDIX TO APPELLANT GREGORY B. MYERS'S OPENING BRIEF

Gregory B. Myers, *pro se*
700 Gulf Shore Blvd. N.
Naples, Florida  34102
(301) 325-2312
*gregbmyers@verizon.net*

July 27, 2026

## APPENDIX INDEX

### A. CURRENT ADVERSARY DOCKET AND CORE SECOND-APPEAL MATERIALS

| | |
|---|---|
| Current Adversary Proceeding Docket Sheet, Adv. Proc. No. 24-00007-MCR, current through July 27, 2026. | Appx. 0001–0020 |
| Adv. Dkt. No. 116 — Order Denying Motion to Intervene in Adversary Proceeding, entered April 15, 2026. | Appx. 0021–0022 |
| Adv. Dkt. No. 117 — Order Denying Motion to Dismiss for Failure to Join Indispensable Party, entered April 15, 2026. | Appx. 0023–0024 |
| Adv. Dkt. No. 118 — Order Denying Motion to Disqualify Judge, entered April 15, 2026. | Appx. 0025–0026 |
| Adv. Dkt. No. 119 — Order Denying Debtor's Motion to Disqualify Counsel, entered April 15, 2026. | Appx. 0027–0028 |
| Adv. Dkt. No. 120 — Order Denying Second Motion to Disqualify Judge, entered April 15, 2026. | Appx. 0029–0030 |
| Adv. Dkt. No. 121 — Order Denying Motion for Summary Judgment, entered April 15, 2026. | Appx. 0031–0032 |
| Adv. Dkt. No. 128 — Debtor's Omnibus Protective Motion for Extension of Time to Appeal April 15, 2026 Orders, to Vacate Orders as Void, or Alternatively for Indicative Ruling Under Rule 8008, filed May 20, 2026, including Declaration and Exhibits. | Appx. 0033–0066 |
| BNC Certificates of Mailing and/or notices relating to Adv. Dkt. Nos. 116, 117, 118, 119, 120, and 121, to the extent relied upon by the Bankruptcy Court in Adv. Dkt. No. 131. | Appx. 0067–0089 |

1

Adv. Dkt. No. 131 —
Order Denying Debtor's Omnibus Protective Motion for
Extension of Time to Appeal April 15, 2026 Orders,
to Vacate Orders as Void, or Alternatively for Indicative
Ruling Under Rule 8008,
entered May 26, 2026.

Appx. 0090–0105

Adv. Dkt. No. 133 —
Notice of Appeal from Adv. Dkt. No. 131,
filed June 1, 2026, including attachment.

Appx. 0106–0124

Adv. Dkt. No. 141 —
Bankruptcy Court Transmittal Sheet to the United States
District Court.

Appx. 0125

## B. UNDERLYING MOTIONS RESOLVED BY THE APRIL 15, 2026 ORDERS

Adv. Dkt. No. 43 —
Debtor's Motion to Intervene in Adversary Proceeding,
including attached proposed Third-Party Complaint /
Demand for Jury Trial.

Appx. 0126–0139

Adv. Dkt. No. 44 —
Deficiency Notice relating to Adv. Dkt. No. 43.

Appx. 0140

Adv. Dkt. No. 68 —
Trustee's Opposition to Debtor's Motion to Intervene,
relied upon by Adv. Dkt. No. 116.

Appx. 0141–0148

Adv. Dkt. No. 45 —
Debtor's Motion to Dismiss for Failure to Join
Indispensable Party, including attachments.

Appx. 0149–0212

Adv. Dkt. No. 46 —
Deficiency Notice relating to Adv. Dkt. No. 45.

Appx. 0213

Adv. Dkt. No. 69 —
Trustee's Opposition to Debtor's Motion to Dismiss
for Failure to Join Indispensable Party,
relied upon by Adv. Dkt. No. 117.

Appx. 0214–0216

Adv. Dkt. No. 47 —
Debtor's Motion to Disqualify Judge Maria Ellena
Chavez-Ruark, including attachment.

Appx. 0217–0236

Adv. Dkt. No. 48 —
Deficiency Notice relating to Adv. Dkt. No. 47.

Appx. 0237

Adv. Dkt. No. 72 —
Trustee's Opposition to Debtor's Motion to Disqualify Judge, relied upon by Adv. Dkt. No. 118.

Appx. 0238–0243

Adv. Dkt. No. 49 —
Debtor's Motion to Disqualify Counsel, including attachments.

Appx. 0244–0329

Adv. Dkt. No. 67 —
King Parties' Opposition to Debtor's Motion to Disqualify Counsel, relied upon by Adv. Dkt. No. 119.

Appx. 0330–0347

Adv. Dkt. No. 57 —
Debtor's Second Motion to Disqualify Judge Maria Ellena Chavez-Ruark, including attachment.

Appx. 0348–0361

Adv. Dkt. No. 58 —
Deficiency Notice relating to Adv. Dkt. No. 57.

Appx. 0362

Adv. Dkt. No. 74 —
Trustee's Opposition to Debtor's Second Motion to Disqualify Judge, relied upon by Adv. Dkt. No. 120.

Appx. 0363–0366

Adv. Dkt. No. 78 —
Debtor's Motion for Final Summary Judgment as to Count I of Third Party Complaint and Demand for Jury Trial.

Appx. 0367–0379

Adv. Dkt. No. 89 —
Trustee's Opposition to Debtor's Motion for Summary Judgment.

Appx. 0380–0382

Adv. Dkt. No. 90 —
King Parties' Opposition to Debtor's Motion for Summary Judgment.

Appx. 0383–0385

## C. SETTLEMENT-PROCEDURE CHAIN IN THE MAIN BANKRUPTCY CASE

Main Case Dkt. No. 1005 —
Trustee's Motion for Approval of Proposed Compromise and Settlement with Brian King, Cristina King, and the Cristina and Brian King Children's Trust, filed February 7, 2023, including Notice and attachments.

Appx. 0386–0408

Main Case Dkt. No. 1010 —
Debtor's Motion to Dismiss or Strike Trustee's Motion
for Approval of Proposed Compromise and Settlement,
or, in the Alternative, Opposition to Said Motion,
filed February 28, 2023.

Appx. 0409–
0425

Main Case Dkt. No. 1013 —
Trustee's Opposition to Debtor's Motion to Dismiss or Strike
Trustee's Motion for Approval of Proposed Compromise
and Settlement,
filed March 14, 2023.

Appx. 0426–
0430

Main Case Dkt. No. 1020 —
Debtor's Reply to Trustee's Opposition to Debtor's Motion
to Dismiss or Strike Trustee's Motion for Approval of
Proposed Compromise and Settlement,
filed July 21, 2023.

Appx. 0431–
0434

Main Case Dkt. No. 1028 —
Order Denying Debtor's Motion to Strike Trustee's Motion
for Approval of Proposed Compromise and Settlement,
entered December 11, 2023.

Appx. 0435–
0436

Main Case Dkt. No. 1029 —
Order Granting Motion for Approval of Proposed Compromise
and Settlement with Brian King, Cristina King, and the
Cristina and Brian King Children's Trust
/ Settlement Procedures Order,
entered December 11, 2023.

Appx. 0437–
0457

## D. ADVERSARY PROCEEDING BACKGROUND AND PROCEDURAL POSTURE

Adv. Dkt. No. 1 —
Complaint for Declaratory Relief,
filed January 10, 2024.

Appx. 0458–
0465

Adv. Dkt. No. 13 —
Defendant Trustee's Answer to Complaint,
filed April 15, 2024.

Appx. 0466–
0472

Adv. Dkt. No. 14 —
Joint Rule 26(f) Report,
filed April 19, 2024.

Appx. 0473–
0478

4

Adv. Dkt. No. 15 —
Scheduling Order,
entered April 26, 2024.

Appx. 0479–
0481

Adv. Dkt. No. 17 —
Trustee's Motion for Approval of Proposed Compromise
and Settlement with King Plaintiffs,
filed December 30, 2024.

Appx. 0482–
0484

Adv. Dkt. No. 17-1 —
Notice of Trustee's Proposed Compromise
and Settlement with King Plaintiffs,
filed December 30, 2024.

Appx. 0485–
0502

Adv. Dkt. No. 18 —
Gregory B. Myers's Preliminary Objection to Trustee's
Motion for Approval of Proposed Compromise and Settlement
with King Plaintiffs,
filed January 21, 2025.

Appx. 0503–
0512

Adv. Dkt. No. 19 —
Gregory B. Myers's Preliminary Objection to Trustee's
Motion for Approval of Proposed Compromise and Settlement
with King Plaintiffs,
filed January 21, 2025, including attachments/exhibits.

Appx. 0513–
0592

Adv. Dkt. No. 20 —
Trustee's Motion to Strike Debtor's Objection to Trustee's
Motion for Approval of Proposed Compromise and Settlement
with King Plaintiffs,
filed January 31, 2025.

Appx. 0593–
0597

Adv. Dkt. No. 22 —
Supplement to Gregory B. Myers's Preliminary Objection
to Trustee's Motion for Approval of Proposed Compromise
and Settlement with King Plaintiffs,
filed February 4, 2025, including attachments/exhibits.

Appx. 0598–
0623

Adv. Dkt. No. 23 —
Gregory B. Myers's Response in Opposition to Trustee's
Motion to Strike Debtor's Objection,
filed February 24, 2025.

Appx. 0624–
0626

Adv. Dkt. No. 24 —
Trustee's Reply to Debtor's Opposition to Trustee's Motion
to Strike Debtor's Objection,
filed February 27, 2025.
Appx. 0627–0630

Adv. Dkt. No. 27 —
Memorandum to Parties,
entered May 6, 2025.
Appx. 0631–0634

Adv. Dkt. No. 33 —
Notice of Evidentiary Hearing,
entered May 14, 2025.
Appx. 0635–0636

Adv. Dkt. No. 56 —
Debtor's Supplemental Objection to Trustee's Motion for
Approval of Proposed Compromise and Settlement,
filed July 3, 2025.
Appx. 0637–0640

Adv. Dkt. No. 59 —
Oral Ruling Given docket entry,
entered July 3, 2025.
Appx. 0641–0642

Adv. Dkt. No. 60 —
Order Denying Trustee's Motion to Strike Debtor's Objection,
entered July 3, 2025.
Appx. 0643–0647

Adv. Dkt. No. 61 —
Order Approving Trustee's Compromise and Settlement
with King Parties,
entered July 3, 2025.
Appx. 0648–0650

Adv. Dkt. No. 100 —
Notice of Stipulated Dismissal in Adversary Proceeding
with Prejudice,
filed August 5, 2025.
Appx. 0651–0652

## E. MAIN-CASE CLAIM OBJECTIONS AND JULY 3, 2025 CLAIM-OBJECTION ORDER

Main Case Dkt. No. 1051 —
Debtor's Objection to Claim No. 22-1 filed by Cristina King,
including attachments/exhibits.
Appx. 0653–0693

| | |
|---|---|
| Main Case Dkt. No. 1052 — Debtor's Objection to Claim No. 23-1 filed by Cristina King and Brian King Children's Trust, including attachments/exhibits. | Appx. 0694–0734 |
| Main Case Dkt. No. 1053 — Debtor's Objection to Claim No. 21-1 filed by Brian King, including attachments/exhibits. | Appx. 0735–0775 |
| Main Case Dkt. No. 1071 — Oral Ruling Given docket entry, entered July 3, 2025. | Appx. 0776 |
| Main Case Dkt. No. 1072 — Order Overruling Claim Objections as Moot, entered July 3, 2025. | Appx. 0777–0778 |

## F. JUNE 30, JULY 1, AND JULY 3, 2025 HEARING TRANSCRIPTS

| | |
|---|---|
| June 30, 2025 Hearing Transcript Excerpts: cover page, appearances page, transcript pages 3–5, 9, 212–214, and certification page. | Appx. 0779–0788 |
| July 1, 2025 Hearing Transcript Excerpts: cover page, appearances page, transcript pages 3–4, 7–8, 56–66, 75–76, 82, 87–90, 95–96, 109, 114–117, 121, 134–136, 148–149, 165–166, and certification page. | Appx. 0789–0828 |
| July 3, 2025 Oral Ruling Transcript, complete transcript. | Appx. 0829–0873 |

## G. RELATED DISTRICT-COURT MATERIALS FOR JUDICIAL NOTICE / ABEYANCE CONTEXT

| | |
|---|---|
| Civil Action Nos. 25-2103-TDC, 25-2337-TDC, 25-2338-TDC, and 25-2635-TDC, ECF No. 41 — June 3, 2026 Memorandum Opinion. | Appx. 0874–0894 |
| Civil Action Nos. 25-2103-TDC, 25-2337-TDC, 25-2338-TDC, and 25-2635-TDC, ECF No. 42 — June 3, 2026 Order. | Appx. 0895–0896 |

Civil Action Nos. 25-2103-TDC, 25-2337-TDC,
25-2338-TDC, and 25-2635-TDC,
ECF No. 45 —
June 29, 2026 Order Denying Motion for Rehearing.

Appx. 0897–
0898

Civil Action Nos. 25-2042-TDC, 25-2103-TDC,
25-2337-TDC, 25-2338-TDC, and 25-2635-TDC,
ECF No. 51 —
Appellant Gregory B. Myers's Amended Motion for Stay
Pending Appeal of the Effect and Enforceability of the
June 3, 2026 Memorandum Opinion and Order.

Appx. 0899–
0925

Civil Action No. 25-2103-TDC,
ECF No. 53 —
Trustee's Opposition to Appellant's Amended Motion
for Stay Pending Appeal.

Appx. 0926–
0931

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 27, 2026, I caused the foregoing APPENDIX

TO APPELLANT GREGORY B. MYERS'S OPENING BRIEF to be filed with the

Clerk of Court thereby serving all registered users in this case, including:

Roger Schlossberg
Frank J. Mastro
Schlossberg | Mastro
P.O. Box 2067
Hagerstown, Maryland 21742

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854

_____

Gregory B. Myers, *pro se*

9