Office of the Clerk
United States District Court
Baltimore, MD 21201

————

**OFFICIAL BUSINESS**

AT BALTIMORE
CLERK, U.S DISTRICT COURT
DISTRICT OF MARYLAND
BY                           DEPUTY

JUL 3 0 2026

_____ FILED            ENTERED
_____ LOGGED                  RECEIVED

Gregory B. Myers
700 Gulf Shore Blvd. N.
Naples, FL 34102

US POSTAGE IMI
FIRST-CLASS
$1.03
063S0014950408
FROM 21201
S99109.085



.LK: 9326090415 9763

UNC

56998>9999

NIXIE        339    4E  1          0207/22/26

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

MANUAL PROC REQ        *2474-01806-18-34

